Jeff S. Pitzer, OSB No. 020846
Email: jpitzer@pitzerlaw.net
Peter M. Grabiel, OSB No. 171964
Email: pgrabiel@pitzerlaw.net
**PITZER LAW**
210 SW Morrison St., Suite 600
Portland, OR 97204
Telephone: 503-227-1477

Paul Richter (to be admitted *pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449–9010
Facsimile: (302) 353–4251

David Sochia (to be admitted *pro hac vice*)
dsochia@McKoolSmith.com
Ashley N. Moore (to be admitted *pro hac vice*)
amoore@McKoolSmith.com
Richard A. Kamprath (to be admitted *pro hac vice*)
rkamprath@McKoolSmith.com
Alexandra Easley (to be admitted *pro hac vice*)
aeasley@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC | Case No. 3:22-cv-1437 |
| Plaintiff, | |
| v. | **COMPLAINT FOR PATENT INFRINGMENT** |
| LATTICE SEMICONDUCTOR CORPORATION | |
| Defendant. | JURY TRIAL DEMANDED |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Bell Semiconductor, LLC ("Bell Semic" or "Plaintiff") brings this Complaint against Defendant Lattice Semiconductor Corporation ("Lattice") for infringement of U.S. Patent No. 7,007,259 ("the '259 patent") and U.S. Patent No. 6,436,807 ("the '807 patent"). Plaintiff, on personal knowledge of its own acts, and on information and belief as to all others based on investigation, alleges as follows:

<u>**SUMMARY OF THE ACTION**</u>

1.    This is a patent infringement suit relating to Lattice's unauthorized and unlicensed use of the '259 patent and '807 patent. The circuit design methodologies claimed in the '259 patent and '807 patent are used by Lattice in the production of one or more of its semiconductor chips, including its LCMX02-7000HC.

2.    Semiconductor devices include different kinds of materials to function as intended. For example, these devices typically include both metal (i.e., conductor) and insulator materials, which are deposited or otherwise processed sequentially in layers to form the final device. These layers—and the interconnects and components formed within them—have gotten much smaller over time, increasing the performance of these devices dramatically. As a result, it has become even more important to keep the layers planar as the device is being built because defects and warpage can cause fabrication issues and malfunctioning of the device. Manufacturers use a process called Chemical Mechanical Planarization/Polishing ("CMP") to smooth out the surface of the device to prepare the device for further processing, such as deposition of another layer. This allows subsequent layers to be built and connected more easily with fewer opportunities for short circuits or other errors that render the device defective. CMP functions best when there is a certain density and variance of the same material on the surface of the chip. This is because different materials will be "polished" away at different rates, leading to erosion or dishing on the surface.

To reduce this problem "dummy" material, also known as "dummy fill," is typically inserted into low-density regions of the device to increase the overall uniformity of the structures on the surface of the layer and reduce the density variability across the surface of the device. However, dummy fill can increase capacitance if it is placed too close to signal wires, which slows the transmission speed of signals and degrades the overall performance of the device.

3.      Prior to development of the methodology described in the '807 patent, the placement of dummy fill in the open areas of the interconnect layer was performed based upon a predetermined set density. However, use of predetermined set densities was not ideal because it often resulted in unnecessary placement of dummy fill and increased capacitance. For example, if the density of an active interconnect feature was high in relation to an adjacent open area, then it would not be necessary to place dummy fill in the corresponding open area at the predetermined density.

4.      Recognizing these drawbacks, as well as the importance of having a flat or planarized surface on the devices, Donald Cwynar, Sudhanshu Misra, Dennis Ouma, Vivek Saxena, and John Sharpe ("the '807 Inventors"), the inventors of the '807 patent, set out to develop a design process that would achieve uniform density throughout the interconnect layer.

5.      The '807 Inventors ultimately conceived of a method for making the layout for an interconnect layout that allows for uniform density throughout the layer and facilitates planarization during manufacturing of the device. The claimed invention begins by determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout. Dummy fill is then added to each layout region in order to obtain a desired density of active interconnect features and dummy fill features in order to facilitate uniformity of planarization. In order to add dummy fill in this manner, one must define a minimum dummy fill feature lateral

Page 3      **COMPLAINT FOR PATENT INFRINGEMENT**

dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.

6.      The inventions disclosed in the '807 patent provide many advantages over the prior art. In particular, having a uniform density for each layout region facilitates uniformity of planarization during manufacturing of the semiconductor device. *See* Ex. D at 3:3-5, 5:9–12. Furthermore, adding dummy fill features to obtain a desired density of active interconnect features and dummy fill features also helps ensure that dummy fill features are not unnecessarily added. *Id.* at 2:63-67, 5:19-22. Avoiding unnecessary dummy fill features is desirable because it deceases the parasitic capacitance of the interconnect layer. *Id.* at 2:67-3:2, 5:22-24. The invention claimed in the '807 patent also provides for the selective positioning of dummy fill features, which minimizes parasitic capacitance. *Id.* at 5:28-33. These significant advantages are achieved through the use of the patented inventions and thus the '807 patent presents significant commercial value for companies like Lattice.

7.      The development of the design methodology claimed in the '259 patent represented another important advancement related to the design of semiconductor devices. Prior to development of the methodology described in the '259 patent, the most widely implemented technology for insertion of dummy metal into a circuit design required hardcoding a large "stay–away" distance between the dummy metal and clock nets, which led to less space available for dummy metal insertion. This methodology often made it impossible to insert enough dummy metal to meet the required minimum density. The traditional dummy fill tools would often complete their run without reaching the minimum density, thus requiring at least a second run of the tool for the problem areas. In each problem area, the "stay-away" distance was reduced manually. And if there was more than one problem area, the manufacturer would have to make multiple runs of the tool,

as it would have to address one problem area at a time. This was an involved, iterative process that had the potential to negatively impact the fabrication schedule and potentially the yield of the run, causing costs to go up.

8.     Vikram Shrowty and Santhanakrishnan Raman ("the '259 Inventors"), the inventors of the '259 patent, understood the drawbacks of this "stay-away" design process and set out to develop a more efficient method for inserting dummy metal into a circuit design. The '259 Inventors ultimately conceived of a dummy fill procedure that minimizes the negative timing impact of dummy metal on clock nets, while still achieving minimum density in a single run. The claimed invention begins by identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions. The dummy regions are then prioritized such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets.

9.     The inventions disclosed in the '259 patent provide many advantages over the prior art. In particular, they provide a simple and efficient method for dummy metal insertion that minimizes the timing impact to clock nets and at the same time guarantees reaching minimum density in a single pass. *See* Ex. A at 6:11–15. As mentioned above, the patented invention results in the dummy regions being prioritized such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing the timing impact on the clock nets. *See* Ex. A at 2:29–47. Additionally, some embodiments of the patented invention further prioritize the dummy regions such that the dummy regions adjacent to wider clock nets are filled with dummy metal after dummy regions that are located adjacent to narrower clock nets. *See* Ex. A at 2:35–39. These significant advantages are achieved through the use of the patented inventions and thus the '259 patent presents significant commercial value for companies like Lattice.

Page 5      **COMPLAINT FOR PATENT INFRINGEMENT**

10.    Bell Semic brings this action to put a stop to Lattice's unauthorized and unlicensed use of the inventions claimed in the '259 and '807 patents.

## THE PARTIES

11. Plaintiff Bell Semic is a limited liability company organized under the laws of the State of Delaware with a place of business at One West Broad Street, Suite 901, Bethlehem, PA 18018.

12. Bell Semic stems from a long pedigree that began at Bell Labs. Bell Labs sprung out of the Bell System as a research and development laboratory, and eventually became known as one of America's greatest technology incubators. Bell Labs employees invented the transistor in 1947 in Murray Hill, New Jersey. It was widely considered one of the most important technological breakthroughs of the time, earning the inventors the Nobel Prize in Physics. Bell Labs made the first commercial transistors at a plant in Allentown, Pennsylvania. For decades, Bell Labs licensed its transistor patents to companies throughout the world, creating a technological boom that led to the use of transistors in the semiconductor devices prevalent in most electronic devices today.

13. Bell Semic, a successor to Bell Labs' pioneering efforts, owns over 1,900 worldwide patents and applications, approximately 1,500 of which are active United States patents. This patent portfolio of semiconductor–related inventions was developed over many years by some of the world's leading semiconductor companies, including Bell Labs, Lucent Technologies, Agere Systems, and LSI Logic and LSI Corporation ("LSI"). This portfolio reflects technology that underlies many important innovations in the development of semiconductors and integrated circuits for high–tech products, including smartphones, computers, wearables, digital signal processors, IoT devices, automobiles, broadband carrier access, switches, network processors, and wireless connectors.

14. The principals of Bell Semic all worked at Bell Labs' Allentown facility, and have continued the rich tradition of innovating, licensing, and helping the industry at large since those early days at Bell Labs. For example, Bell Semic's CTO was a LSI Fellow and Broadcom Fellow. He is known throughout the world as an innovator with more than 300 patents to his name, and he has a sterling reputation for helping semiconductor fabs improve their efficiency. Bell Semic's CEO took a brief hiatus from the semiconductor world to work with Nortel Networks in the telecom industry during its bankruptcy. His efforts saved the pensions of tens of thousands of Nortel retirees and employees. In addition, several Bell Semic executives previously served as engineers at many of these companies and were personally involved in creating the ideas claimed throughout Bell Semic's extensive patent portfolio.

15. On information and belief, Lattice is an Oregon company with its principal place of business and headquarters at 5555 NE Moore Ct, Hillsboro, OR 97124. On information and belief, Lattice develops, designs, and/or manufactures products in the United States, including in this District, according to the '259 and '807 patented process/methodology; and/or uses the '259 and '807 patented process/methodology in the United States, including in this District, to make products; and/or distributes, markets, sells, or offers to sell in the United States and/or imports products into the United States, including in this District, that were manufactured or otherwise produced using the patented process. Additionally, Lattice introduces those products into the stream of commerce knowing that they will be sold and/or used in this District and elsewhere in the United States.

## JURISDICTION AND VENUE

16.    This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code. Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

17.    This Court has personal jurisdiction over Lattice under the laws of the State of Oregon, due at least to its substantial business in Oregon and in this District. Lattice has purposefully and voluntarily availed itself of the privileges of conducting business in the United States, in the State of Oregon, and in this District by continuously and systematically placing goods into the stream of commerce through an established distribution channel with the expectation that they will be purchased by consumers in this District. In the State of Oregon and in this District, Lattice, directly or through intermediaries: (i) performs at least a portion of the infringements alleged herein; (ii) develops, designs, and/or manufactures products according to the '259 and/or '807 patented process/methodology; (iii) distributes, markets, sells, or offers to sell products formed according to the '259 and/or '807 patented process/methodology; and/or (iv) imports products formed according to the '259 and/or '807 patented process/methodology.

18.    On information and belief, venue is proper in this Court pursuant to 28 U.S.C. §§ 1391 and 1400 because Lattice has committed, and continues to commit, acts of infringement in this District and has a regular and established place of business in this District. For example, Lattice maintains a regular and established place of business at its corporate headquarters, which is located in the District at 5555 NE Moore Ct, Hillsboro, OR 97124. *See About Us*, Lattice Semiconductor (available at https://www.latticesemi.com/About) (last visited September 20, 2022).

19.    Currently, Lattice is advertising 15 jobs in the Portland area, including product development and engineering positions. These positions include those that relate to the '803 and

'989 patented technology, including Product Engineer, Product Test Engineering Manager, and Senior Reliability Engineer. *See Lattice Semiconductor Careers,* Lattice (https://recruiting2.ultipro.com/LAT1001LATT/JobBoard/e7f50c7c-43f9-46e9-86ed-b31eaa369842/?q=&o=postedDateDesc&f4=shWMTo1HzVuSJsTCE90ghw)    (last    visited September 21, 2022).

20.    Venue is also convenient in this District. This is at least true because of this District's close ties to this case—including the technology, relevant witnesses, and sources of proof noted above—and its ability to quickly and efficiently move this case to resolution. Further, Lattice has its corporate headquarters in Oregon and has purposely availed itself of the court system in this District on multiple occasions.

21.    On information and belief, Bell Semic's causes of action arise directly from Lattice's circuit design work and other activities in this District. Moreover, on information and belief, Lattice has derived substantial revenues from its infringing acts occurring within the State of Oregon and within this District.

## U.S. PATENT NO. 7,007,259

22.    Bell Semic is the owner by assignment of the '259 patent. The '259 patent is titled "Method for Providing Clock-Net Aware Dummy Metal Using Dummy Regions." The '259 patent issued on February 28, 2006. A true and correct copy of the '259 patent is attached as Exhibit A.

23.    The inventors of the '259 patent are Vikram Shrowty and Santhanakrishnan Raman.

24.    The application that resulted in the issuance of the '259 patent was filed on July 31, 2003. The '259 patent claims priority to July 31, 2003.

25.    The '259 patent generally relates to "methods for patterning dummy metal to achieve planarity for chemical-mechanical polishing of integrated circuits, and more particularly

to a dummy fill software tool that provides clock-net aware dummy metal using dummy regions." Ex. A at 1:7–11.

26.     The background section of the '259 patent identifies the shortcomings of the prior art. More specifically, the specification describes that the prior circuit design methodology was disadvantageous because it was "often impossible to insert enough dummy metal into a tile to meet the required minimum density without reducing the large dummy-to-clock distance." Ex. A at 2:3–10. Use of this design process meant that a second run of the metal-fill tool was often required in order to meet the density requirements for all of the tiles. Ex. A at 2:10–14. Having to rerun the tool to meet the density requirements made the design process an "involved, iterative process[,]" which could "significantly impact the design schedule." Ex. A at 2:14–18.

27.     In light of the drawbacks of the prior art, the '259 Inventors recognized the need to "minimize[] the negative timing impact of dummy metal on clock nets, while at the same time achieving minimum density in a single run." Ex. A at 2:19–23. The inventions claimed in the '259 patent addresses this need.

28.     The '259 patent contains three independent claims and 37 total claims, covering a method and computer readable medium for circuit design. Claim 1 reads:

> 1. A method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets, the method comprising:
>
>> (a) identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions, and
>>
>> (b) prioritizing the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets.

29.     This claim, as a whole, provides significant benefits and improvements to the function of the semiconductor device, *e.g.,* minimizing the negative timing impact of dummy metal

on clock nets while also reducing the opportunity for dishing and erosion that could result in inaccurate transfer of patterns during lithography, suboptimal layouts/designs, inaccurate timing, reduced signal integrity, crosstalk delay, noise issues, increased probability of failure, and ultimately defective or underperforming devices. *See, e.g.*, Ex. A at 6:11–15.

30.     The claims of the '259 patent also recite inventive concepts that improve the functioning of the fabrication process, particularly as to dummy filling. The claims of the '259 patent disclose a new and novel solution to specific problems related to improving semiconductor fabrication. As explained in detail above and in the '259 patent specification, the claimed inventions improve upon the prior art processes by prioritizing dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last. This has the advantage of reducing the impact of dummy metal on signal and clock lines and increasing the efficiency, yield, and design/layout miniaturization and flexibility of the manufacturing process. The claimed inventive processes also increase performance and signal integrity, while reducing crosstalk delay, noise issues, probability of failure, and defective and/or underperforming devices.

**U.S. PATENT NO. 6,436,807**

31.     Bell Semic is the owner by assignment of the '807 patent. The '807 patent is titled "Method for Making an Interconnect Layer and a Semiconductor Device Including the Same." The '807 patent issued on August 20, 2002. A true and correct copy of the '807 patent is attached as Exhibit D.

32.     The inventors of the '807 patent are Donald Cwynar, Sudhanshu Misra, Dennis Ouma, Vivek Saxena, and John Sharpe.

33.     The application that resulted in the issuance of the '807 patent was filed on January 18, 2000. The '807 patent claims priority to January 18, 2000.

**PITZER LAW**
**210 SW Morrison St., Ste 600**
**Portland, Oregon 97204**
**(503) 227-1477**

34.     The '807 patent generally relates to "a method for making a layout for an interconnect layer that has uniform density throughout to facilitate planarization during manufacturing of a semiconductor device." Ex. D at 2:43-46. The background section of the '807 patent identifies the shortcomings of the prior art. More specifically, the specification describes that the prior circuit design methodology was disadvantageous because it could lead to "protrusions[] in the upper surface of the dielectric material[] above respective active interconnect features[.]" *Id.* at 1:40-42. The specification states that "if pattern density variations of the active interconnect features[] are large, CMP is not adequate to sufficiently planarize the interconnect layer[.]" *Id.* at 1:67-2:2. Although "[c]onventional layout algorithms" were typically used to place dummy fill features in open areas of the interconnect layer, those algorithms placed dummy metal "based upon a predetermined set density." *Id.* at 2:17-21. Relying on "predetermined set densit[ies]" could lead to the unnecessary placement of dummy fill features, which in turn could increase the parasitic capacitance of the interconnect layer. *Id.* at 2:31-33. The specification notes that "variations in the density of the interconnect layer [could] cause deviations when the interconnect layer [was] planarized." *Id.* at 2:35-37.

35.     In light of the drawbacks of the prior art, the '807 Inventors recognized "a need for making a layout for an interconnect layer that determines placement of dummy fill features for achieving a uniform density throughout the interconnect layer." Ex. D at 2:37–40. The inventions claimed in the '807 patent address this need.

36.     The '807 patent contains two independent claims and 18 total claims. Claim 1 reads:

> 1. A method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device, the method comprising the steps of:

**PITZER LAW**
**210 SW Morrison St., Ste 600**
**Portland, Oregon 97204**
**(503) 227-1477**

(a) determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout; and

(b) adding dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device, the adding comprising defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.

37.     This claim, as a whole, provides significant benefits and improvements to the function of the semiconductor device, *e.g.,* uniform planarization during manufacturing, avoidance of adding unnecessary dummy fill features, and minimizing parasitic capacitance. *See, e.g.*, Ex. D at 5:9–34.

38.     The claims of the '807 patent also recite inventive concepts that improve the functioning of the fabrication process, particularly as to dummy filling. The claims of the '807 patent disclose a new and novel solution to specific problems related to improving semiconductor fabrication. As explained in detail above and in the '807 patent specification, the claimed inventions improve upon the prior art processes by determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout and adding dummy fill to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization. This has advantages such as avoiding the unnecessary adding of dummy fill features and minimizing the parasitic capacitance of the interconnect layer.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 7,007,259

39.     Bell Semic re-alleges and incorporates by reference the allegations of the foregoing paragraphs as if fully set forth herein.

40.     The '259 patent is valid and enforceable under the United States Patent Laws.

41.     Bell Semic owns, by assignment, all right, title, and interest in and to the '259 patent, including the right to collect for past damages.

42.     A copy of the '259 patent is attached at Exhibit A.

43.     On information and belief, Lattice has and continues to directly infringe pursuant to 35 U.S.C. § 271(a) one or more claims of the '259 patent by using the patented methodology to design one or more semiconductor devices, including as one example the LCMX02-7000HC device, in the United States.

44.     On information and belief, Lattice employs a variety of design tools, for example, Cadence, Synopsys, and/or Siemens tools, to insert dummy metal into a circuit design (the "Accused Processes") as recited in the '259 patent claims. As one example, Lattice's Accused Processes perform a method for inserting dummy metal into a circuit design, where the circuit design includes a plurality of objects and clock nets as required by claim 1 of the '259 patent. Lattice does so by employing a design tool, such as at least one of a Cadence, Synopsys, and/or Siemens tool, to insert dummy metal into a circuit design for its LCMX02-7000HC device. The LCMX02-7000HC device's design include a plurality of objects, such as cells, interconnects, signal nets, and clock nets.

45.     Lattice's Accused Processes also identify free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions. Lattice does so by employing a design tool, such as at least one of the Cadence, Synopsys, and/or Siemens tools, to identify free spaces on each layer of its LCMX02-7000HC device's circuit designs suitable for dummy metal insertion as dummy regions.

46.     Lattice's Accused Processes also prioritize the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any

timing impact on the clock nets. Lattice does so by employing a design tool, such as at least one of the Cadence, Synopsys, and/or Siemens tools, to prioritize dummy regions such that those adjacent to clock nets are filled with dummy metal last. For example, the Accused Processes assign a "high cost" to adding metal fill near the clock nets and "lower cost" to adding metal fill near signal, power, and ground nets. Assigning "cost" in this way fills dummy regions adjacent to clock nets last and minimizes any timing impact on the clock nets. An exemplary infringement analysis showing infringement of one or more claims of the '259 patent is set forth in Exhibit B. The declaration of Lloyd Linder, an expert in the field of semiconductor device design, is attached at Exhibit C and further describes Lattice's infringement of the '259 patent.

47.    Lattice's Accused Processes infringe and continue to infringe one or more claims of the '259 patent during the pendency of the '259 patent.

48.    On information and belief, Lattice has and continues to infringe pursuant to 35 U.S.C. § 271, *et. seq.*, directly or indirectly, either literally or under the doctrine of equivalents, by using the Accused Processes in violation of one or more claims of the '259 patent. Lattice has and continues to infringe pursuant to 35 U.S.C. § 271, *et. seq.*, directly or indirectly, either literally or under the doctrine of equivalents, by making, selling, or offering to sell in the United States, or importing into the United States products manufactured or otherwise produced using the Accused Processes in violation of one or more claims of the '259 patent.

49.    Lattice's infringement of the '259 patent is exceptional and entitles Bell Semic to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

50.    Bell Semic has been damaged by Lattice's infringement of the '259 patent and will continue to be damaged unless Lattice is enjoined by this Court. Bell Semic has suffered and

continues to suffer irreparable injury for which there is no adequate remedy at law. The balance of hardships favors Bell Semic, and public interest is not disserved by an injunction.

51.     Bell Semic is entitled to recover from Lattice all damages that Bell Semic has sustained as a result of Lattice's infringement of the '259 patent, including without limitation and/or not less than a reasonable royalty.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,436,807

52.     Bell Semic re-alleges and incorporates by reference the allegations of the foregoing paragraphs as if fully set forth herein.

53.     The '807 patent is valid and enforceable under the United States Patent Laws.

54.     Bell Semic owns, by assignment, all right, title, and interest in and to the '807 patent, including the right to collect for past damages.

55.     A copy of the '807 patent is attached at Exhibit D.

56.     On information and belief, Lattice has and continues to directly infringe pursuant to 35 U.S.C. § 271(a) one or more claims of the '807 patent by using the patented methodology to design one or more semiconductor devices, including as one example the LCMX02-7000HC device, in the United States.

57.     On information and belief, Lattice employs a variety of design tools, for example, Cadence, Synopsys, and/or Siemens tools, to make a layout for an interconnect layer of a semiconductor device (the "Accused Processes") as recited in the '807 patent claims. As one example, Lattice's Accused Processes perform a method for making a layout for an interconnect layer of a semiconductor device, where the layout facilitates uniformity of planarization during manufacture of the semiconductor device as required by claim 1 of the '807 patent. Lattice does so by employing a design tool, such as at least one of a Cadence, Synopsys, and/or Siemens tool,

to make a layout for the interconnect layer of its LCMX02-7000HC device. The LCMX02-7000HC device's layout facilitates uniformity of planarization during manufacture of the device.

58.     Lattice's Accused Processes also determine an active interconnect feature density for each of a plurality of layout regions of the interconnect layout. Lattice does so by employing a design tool, such as at least one of the Cadence, Synopsys, and/or Siemens tools, to determine an active interconnect feature density for each of a plurality of layout regions of the interconnect layout of its LCMX02-7000HC device.

59.     Lattice's Accused Processes also add dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device, the adding comprising defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.

60.     Lattice does so by employing a design tool, such as at least one of the Cadence, Synopsys, and/or Siemens tools, to add dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device. The adding of dummy fill through the use of these design tools comprises defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer. An exemplary infringement analysis showing infringement of one or more claims of the '807 patent is set forth in Exhibit E. The declaration of Lloyd Linder, an expert in the field of semiconductor device design, is attached at Exhibit C and further describes Lattice's infringement of the '807 patent.

61.    Lattice's Accused Processes infringe and continue to infringe one or more claims of the '807 patent during the pendency of the '807 patent.

62.    On information and belief, Lattice has and continues to infringe pursuant to 35 U.S.C. § 271, *et. seq.*, directly or indirectly, either literally or under the doctrine of equivalents, by using the Accused Processes in violation of one or more claims of the '807 patent. Lattice has and continues to infringe pursuant to 35 U.S.C. § 271, *et. seq.*, directly or indirectly, either literally or under the doctrine of equivalents, by making, selling, or offering to sell in the United States, or importing into the United States products manufactured or otherwise produced using the Accused Processes in violation of one or more claims of the '807 patent.

63.    Lattice's infringement of the '807 patent is exceptional and entitles Bell Semic to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

64.    Bell Semic has been damaged by Lattice's infringement of the '807 patent and will continue to be damaged unless Lattice is enjoined by this Court. Bell Semic has suffered and continues to suffer irreparable injury for which there is no adequate remedy at law. The balance of hardships favors Bell Semic, and public interest is not disserved by an injunction.

65.    Bell Semic is entitled to recover from Lattice all damages that Bell Semic has sustained as a result of Lattice's infringement of the '807 patent, including without limitation and/or not less than a reasonable royalty.

## **PRAYER FOR RELIEF**

WHEREFORE, Bell Semic respectfully requests that this Court enter judgment in its favor as follows and award Bell Semic the following relief:

(a)    a judgment declaring that Lattice has infringed one or more claims of the '259 patent and '807 patent in this litigation pursuant to 35 U.S.C. § 271, *et seq.*;

**PITZER LAW**
**210 SW Morrison St., Ste 600**
**Portland, Oregon 97204**
**(503) 227-1477**

(b)     an award of damages adequate to compensate Bell Semic for infringement of the '259 patent and '807 patent by Lattice, in an amount to be proven at trial, including supplemental post-verdict damages until such time as Lattice ceases its infringing conduct;

(c)     a permanent injunction, pursuant to 35 U.S.C. § 283, prohibiting Lattice and its officers, directors, employees, agents, consultants, contractors, suppliers, distributors, all affiliated entities, and all others acting in privity with Lattice, from committing further acts of infringement;

(d)     a judgment requiring Lattice to make an accounting of damages resulting from Lattice's infringement of the '259 patent and '807 patent;

(e)     the costs of this action, as well as attorneys' fees as provided by 35 U.S.C. § 285;

(f)     pre-judgment and post-judgment interest at the maximum amount permitted by law;

(g)     all other relief, in law or equity, to which Bell Semic is entitled.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial for all issues so triable.

Dated: September 22, 2022

*/s/ Jeff Pitzer*
Jeff S. Pitzer, OSB No. 020846
Peter M. Grabiel, OSB No. 171964
**PITZER LAW**
210 SW Morrison St., Suite 600
Portland, OR 97204
Telephone: (503) 227-1477

Paul Richter (to be admitted *pro hac vice*)
prichter@devlinlawfirm.com
**DEVLIN LAW FIRM LLC**
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449–9010
Facsimile: (302) 353–4251

David Sochia (to be admitted *pro hac vice*)
dsochia@McKoolSmith.com
Ashley N. Moore (to be admitted *pro hac vice*)
amoore@McKoolSmith.com
Richard A. Kamprath (to be admitted *pro hac vice*)
rkamprath@McKoolSmith.com
Alexandra Easley (to be admitted *pro hac vice*)
aeasley@McKoolSmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

*Attorneys for Plaintiff Bell Semiconductor, LLC*

# EXHIBIT A

US007007259B2

(12) **United States Patent**　　　　　　　　　　(10) **Patent No.:**　　**US 7,007,259 B2**
Shrowty et al.　　　　　　　　　　　　　　　　(45) **Date of Patent:**　　　　**Feb. 28, 2006**

(54) **METHOD FOR PROVIDING CLOCK-NET AWARE DUMMY METAL USING DUMMY REGIONS**

(75) Inventors: **Vikram Shrowty**, Fremont, CA (US);
**Santhanakrishnan Raman**, Fremont,
CA (US)

(73) Assignee: **LSI Logic Corporation**, Milpitas, CA
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 260 days.

(21) Appl. No.: **10/632,622**

(22) Filed: **Jul. 31, 2003**

(65)　　　　　**Prior Publication Data**

US 2005/0028121 A1　　Feb. 3, 2005

(51) **Int. Cl.**
*G06F 9/45*　　　　(2006.01)
*G06F 17/50*　　　(2006.01)
(52) **U.S. Cl.** ................................. **716/10**; 716/2; 716/6
(58) **Field of Classification Search** ..................... None
See application file for complete search history.

(56)　　　　　**References Cited**

U.S. PATENT DOCUMENTS

6,093,214 A　　7/2000　Dillon ......................... 716/17

| | | | |
|---|---|---|---|
| 6,446,248 B1 | 9/2002 | Solomon et al. | 716/17 |
| 6,751,785 B1 * | 6/2004 | Oh | 716/10 |
| 6,815,811 B1 * | 11/2004 | Ozawa et al. | 257/691 |
| 2003/0177464 A1 * | 9/2003 | Takechi et al. | 716/10 |
| 2003/0204832 A1 * | 10/2003 | Matumoto | 716/19 |
| 2003/0229479 A1 * | 12/2003 | Smith et al. | 703/14 |

OTHER PUBLICATIONS

Liu, George Y. et al., "Chip-Level CMP Modeling and Smart
Dummy for HDP and Conformal CVD Films," CMP-MIC
Conference, Feb. 11-12, 1999, pp. 120-127.

* cited by examiner

*Primary Examiner*—Leigh M. Garbowski
(74) *Attorney, Agent, or Firm*—Sawyer Law Group LLP

(57)　　　　　　**ABSTRACT**

A method and system is disclosed for inserting dummy
metal into a circuit design, which includes a plurality of
objects and clock nets. Aspects of the invention include
identifying free spaces on each layer of the chip design
suitable for dummy metal insertion, wherein the free spaces
are referred to as dummy regions. Thereafter, the dummy
regions are prioritized such that the dummy regions located
adjacent to clock nets are filled with dummy metal last. In
a preferred embodiment, the dummy regions are further
prioritized such that the dummy regions adjacent to wider
clock nets are filled with dummy metal after dummy regions
that are located adjacent to narrower clock nets.

**37 Claims, 5 Drawing Sheets**





FIG. 1



FIG. 2

Initialize properties for each tile — 200

Subtract outline of the object from the dummy region — 202

Add area of the object to the interconnect area property — 204

Partition current dummy region into up to four sub-dummy regions — 206

Remove original dummy region from the dummy list and insert the new dummy regions — 208

Object = wire on clock net ? — 210

Store width of the wire as a clock net width property — 212

Tag each dummy region located immediately adjacent to the clock net wire with a clock net edge property — 214

More objects ? — 216

Calculate dummy metal area — 218

More tiles ? — 220

Dummy metal insertion phase

Yes

Yes

Yes

No

No



FIG. 3



FIG. 4

U.S. Patent          Feb. 28, 2006          Sheet 4 of 5          US 7,007,259 B2



FIG. 5



FIG. 6

US 7,007,259 B2

1

# METHOD FOR PROVIDING CLOCK-NET AWARE DUMMY METAL USING DUMMY REGIONS

## FIELD OF THE INVENTION

The present invention relates to methods for patterning dummy metal to achieve planarity for chemical-mechanical polishing of integrated circuits, and more particularly to a dummy fill software tool that provides clock-net aware dummy metal using dummy regions.

## BACKGROUND OF THE INVENTION

Chemical Mechanical Polishing (CMP) is a part of the chip fabrication process that requires a uniform distribution of metal and silicon over the surface of the chip. To achieve this distribution, pieces of interconnect (metal or silicon) must be inserted into available spaces in low-density regions of the chip. This interconnect insertion is called dummy metal filling or simply dummy filling, and the inserted interconnect is called dummy metal.

Most fabrication processes require a minimum density for the interconnects on each layer of a multi-layer chip design. The interconnect density for a region is the sum total of the area of all interconnect in that region divided by the area of the region. Fabrication processes typically partition each layer of the design into rectangular regions, called tiles, and specify that the interconnect density of each tile meet a minimum density requirement.

The process of determining the number and placement of dummy metal is typically preformed by a dummy fill software tool after routing and timing closure during chip design flow. The dummy fill tool examines the tiles in each layer of the design and determines whether each tile has an interconnect density equal to or greater than the specified minimum density. If the interconnect density does not meet the minimum density, then the dummy fill tool inserts dummy metal in free regions of the tile.

Because dummy filling is one of the last steps in the chip design flow, it is important that the dummy metal is inserted into the chip in such a manner that minimizes any negative impact to timing. That is, patterning the dummy metal too close to signal nets increases capacitance between the dummy lines and the signal wires. The increased capacitance can affect the signal nets by slowing the transmission speed of signals, thereby degrading overall performance of the integrated circuit.

Therefore, a common goal of dummy filling techniques is the minimization of the parasitic capacitance introduced by the dummy metal. The parasitic capacitance introduced by a piece of dummy metal on a signal wire is inversely proportional to the distance between the two. This means that to minimize timing impact, dummy metal must be placed far away from signal nets.

Of signal nets, clock nets are of particular importance. Care must be taken to minimize the negative timing impact to clock nets. Traditionally, this has been achieved with a simplistic approach. The dummy fill tool is programmed to maintain a larger distance between wires of clock nets and the inserted dummy metal. This large dummy to clock distance is arrived at by studying the effect on timing that the inserted dummy metal has at various distances from clock nets in sample designs, and then hardcoding the distances into the dummy fill libraries for each type of process technology.

2

However, hardcoding a large "stay-away" distance between dummy metal and clock nets may lead to less available space in each tile for dummy metal insertion. New process technologies increasingly demand higher minimum density values and more timing-aggressive designs. In this scenario, use of the simple large dummy-to-clock distance methodology is disadvantageous. This is because it is often impossible to insert enough dummy metal into a tile to meet the required minimum density without reducing the large dummy-to-clock distance. In this case, traditional metal-fill tools complete their run without reaching minimum density in some tiles, requiring a second run of the tool for the problematic tiles in which the dummy-to-clock distance is reduced. If there is more than one such tile requiring a rerun, and the dummy fill tool can handle only one tile at a time, multiple runs may be needed: one for each tile. Such an involved, iterative process can significantly impact the design schedule.

Accordingly what is needed is an algorithm for dummy fill that minimizes the negative timing impact of dummy metal on clock nets, while at the same time achieving minimum density in a single run. The present invention addresses such a need.

## SUMMARY OF THE INVENTION

The present invention provides a method for inserting dummy metal into a circuit design, which includes a plurality of objects and clock nets. Aspects of the invention include identifying free spaces on each layer of the chip design suitable for dummy metal insertion, wherein the free spaces are referred to as dummy regions. Thereafter, the dummy regions are prioritized such that the dummy regions located adjacent to clock nets are filled with dummy metal last. In a preferred embodiment, the dummy regions are further prioritized such that the dummy regions adjacent to wider clock nets are filled with dummy metal after dummy regions that are located adjacent to narrower clock nets.

According to the method and system disclosed herein, inserting dummy metal into dummy regions that are not adjacent to clock nets prior to inserting dummy metal into clock-net adjacent dummy regions will be sufficient to meet the minimum density requirement. This means that in many cases, no dummy metal (or a minimal amount) is inserted in the clock-net adjacent dummy regions, thereby minimizing the timing impact to the adjacent clock nets.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram illustrating a software and hardware environment in which the present invention may be implemented.

FIG. 2 is a flow diagram illustrating the process performed by the dummy fill application for inserting dummy metal into the chip design during a free space finding phase.

FIG. 3 is a diagram showing the handling of the dummy regions in a tile after all objects in the database have been iterated over.

FIG. 4 is a diagram illustrating the properties stored for each tile.

FIG. 5 is a flow diagram illustrating the process performed by the dummy fill application during a dummy metal insertion phase.

FIG. 6 is a diagram illustrating metal insertion in clock-net adjacent dummy regions according to preferred embodiment of the present invention.

US 7,007,259 B2

3

## DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to design methodologies for dummy metal filling. The following description is presented to enable one of ordinary skill in the art to make and use the invention and is provided in the context of a patent application and its requirements. Various modifications to the preferred embodiments and the generic principles and features described herein will be readily apparent to those skilled in the art. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest scope consistent with the principles and features described herein.

The present invention provides a software tool for dummy metal filling of a chip design during the design phase. FIG. 1 is a block diagram illustrating a software and hardware environment in which the present invention may be implemented. The dummy fill software application 12 is preferably executed on a computer 14, which may be a workstation or a server. The dummy fill application 12 accesses a design database 16, which includes information describing all objects of a fully routed integrated circuit design, such as cells, interconnects, and signal nets. In a preferred environment, each layer of the chip is partitioned into tiles, each equal in size to a process-specified tile-size. The design database 16 also includes the minimum density requirement for the tiles. The dummy fill application 12 is one of many design flow tools, and is primarily invoked after routing and timing closure stages of a design flow.

According to the present invention, the dummy fill application 12 inserts dummy metal into the chip design in a manner that minimizes the timing impact to clock nets, while the same time achieving the minimum density requirement in a single run. The dummy fill application 12 operates in two phases. In the first phase, referred to as the free-space finding phase, the dummy fill application 12 searches each layer of the chip design for empty spaces suitable for dummy metal insertion. These empty spaces are referred to herein as dummy regions.

In the second phase, referred to as the dummy metal insertion phase, the dummy fill application 12 inserts a sufficient amount of dummy metal into the dummy regions discovered in the first phase to meet the minimum density requirement of each tile, but prior to doing so, prioritizes the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last. And, as further described below, the dummy regions adjacent to wider clock nets are filled with dummy metal after dummy regions adjacent to narrower clock nets.

By prioritizing the empty spaces in this manner, the minimum density requirements of the chip can be met, while minimizing negative impact to the clock nets because the distance between the dummy metal and clock nets, especially the thicker, more important clock nets, is maximized.

FIG. 2 is a flow diagram illustrating the process for inserting dummy metal into the chip design performed by the dummy fill application 12 during the free space finding phase. The free space finding phase begins in step 200 by initializing a series of properties for each tile, including a dummy region list, interconnect area, and dummy metal area. The dummy regions are a list of free areas in the tile suitable for dummy metal. In a preferred embodiment, the dummy region list for each tile is initialized with a single rectangle corresponding to the outline of the tile. The interconnect area property will be used to specify the total amount of interconnect area included in the tile, and the

4

dummy metal area property will be used to specify the total amount of dummy metal inserted into the tile.

In step 202, the dummy fill application 12 traverses the design database 16 and for each object found in the current tile, subtracts the outline of the object from the dummy region on which it lies.

FIG. 3 is a diagram showing the processing of a dummy region 50 once an object 52 is found intersecting the dummy region 50. Referring to both FIGS. 2 and 3, the area of the object 52 is added to the interconnect area property for the tile in step 204. In step 206, the current dummy region is partitioned into up to four sub-dummy regions 50a–50d around the subtracted area. In a preferred embodiment, each sub-dummy region 50a–50d is formed between one of the edges of the object 52 and the corresponding edge of the current dummy region 50. Therefore, if the object 52 is located along one edge of the original dummy region 50, then only three sub-dummy regions 50a–50c will be created. In step 208, the original dummy region 50 is removed from the dummy list and the new dummy regions 54 are inserted into the list. The result of this process is a list of dummy regions 50 that represent free spaces in the tile suitable for dummy metal.

According to the present invention, objects in the design database 16 representing wires on clock nets are treated specially. If it is determined in step 210 that the current object is a wire on a clock net, then in step 212, the width of the wire is stored as a clock net width property of the region 50 created by its outline. Also, the sub-dummy regions 50a–50c located immediately adjacent to the clock net wire are tagged with a clock net edge property as well as the clock net width property in step 214 so as to be identifiable later. The sub-dummy regions 50a–50c replace their parent (50) on the dummy list.

In step 216, it is determined if the current tile includes additional objects, and if so, the database traversal continues.

FIG. 4 is a diagram illustrating the properties stored for each tile after all the objects have been found. The properties include the dummy region list 60, the tile area 62, the interconnect area 64, and the dummy metal area 66. Also maintained for each clock net region is a timing factor 72, which is calculated during the second phase. In addition, several properties may also be maintained for each of the dummy regions 50 in the dummy region list 60 including a clock net edge 70 property, which identifies the region as being adjacent to a clock net, and a clock net width 68 property, which identifies the width of the adjacent clock net wire.

Referring again to FIG. 2, according to one aspect of the present invention, the dummy metal area 66 that needs to be inserted to meet minimum density is calculated in step 218 for the current tile is as follows:

Dummy Metal Area=(Minimum Density*Tile Area)
−Interconnect Area

In step 220, it is determined whether there are more tiles to process. If there are more tiles, the process continues. Otherwise, the free space finding phase is complete and the dummy fill application 12 executes the dummy metal insertion phase.

FIG. 5 is a flow diagram illustrating the process performed by the dummy fill application 12 during the dummy metal insertion phase. The dummy metal insertion phase begins in step 250 in which the timing factor 72 is calculated for each dummy region 50 in the list 60 that has a clock net width 68 property. The timing factor 72 attempts to capture

US 7,007,259 B2

5

the timing criticality of a dummy region **50**. In a clock tree, the width of a wire is indicative of its order in a hierarchy. A wide wire is likely to be supplying current to more branches than a thinner wire, and is therefore more timing critical.

In a preferred embodiment, the timing factor **72** is calculated using the formula:

Timing Factor=Clock Net Width*Clock Net Criticality

According to one aspect of the present invention, the clock net criticality is an integral value that the user can specify to control the timing factor **72** assigned to the dummy regions. In a preferred embodiment, the criticality factor is assigned to the entire clock net and is inherited by all wires on that clock net. Also in a preferred embodiment, the clock net criticality values are stored in the form of lookup table in file and provides the user control over relative treatment of clock nets. More critical clock nets can be given higher values. In the absence of a user-specified value, the clock net criticality for a clock net is assigned some default value, e.g., '1'.

| The table below illustrates an example Clock Net Criticality Lookup table: | |
|---|---|
| Clock Nets | Clock Net Criticality |
| Clock_Net_A | 2 |
| Clock_Net_B | 3 |
| | |

In a preferred embodiment, all dummy regions **50** not adjacent to a clock-net wire are assigned a Timing Factor of 0.

Referring again to FIG. **5**, after the timing factors **72** have been calculated in step **252**, the dummy region list **60** for each tile is sorted in ascending order of the timing factor **72**. According to the present invention, this establishes a prioritization for the dummy regions **50** in which dummy regions **50** adjacent to clock nets are placed on the list **60** after dummy regions **50** that are not adjacent to clock nets. Within the sub-list of clock-net adjacent dummy regions **50**, the dummy regions **50** adjacent to wider wires of a clock net are listed after the dummy regions **50** adjacent to narrower wires of the same clock net. Between two dummy regions **50** adjacent to clock net wires of the same width, the dummy region **50** that is adjacent to a net having a higher criticality value is listed after the other.

After the sorting, the dummy that application **12** in step **254**, begins inserting dummy metal into the sorted dummy regions **50**, starting with the first dummy region **50** on the list. After each insertion, the inserted area is added to the interconnect area **64** property of the tile in step **256**, and the dummy metal area **66** for the tile is recalculated in step **258**.

This process is continued in step **260** until the dummy metal area **66** becomes negative. Thereafter, the process continues with the next tile in step **262** until all tiles are processed.

In most cases, the value for the dummy metal area **66** will become negative before traversal of the dummy region list **60** reaches the clock-net adjacent dummy regions **50**. This means that in many cases, no dummy metal (or a minimal amount) is inserted in the clock-net adjacent dummy regions **50**, thereby minimizing the timing impact to the adjacent clock nets.

If metal insertion is required in any of the clock-net adjacent dummy regions **50**, then the metal insertion may be

6

performed starting with the edge opposite the clock-net adjacent edge, using the clock net edge **70** property. FIG. **6** is a diagram showing the insertion of dummy metal in a clock-net adjacent dummy region, starting with the edge opposite to the one identified by the clock net edge **70** property. According to this aspect of the present invention, if the value for the dummy metal area **66** becomes negative before the clock-net adjacent dummy region **50** is completely filled, the spacing between the dummy metal **80** and the clock net wire **82** is the maximum possible.

A dummy fill application **12** has been described that provides a simple and efficient method for dummy metal insertion that minimizes the timing impact to clock nets and at the same time guarantees reaching minimum density in a single pass.

The present invention has been described in accordance with the embodiments shown, and one of ordinary skill in the art will readily recognize that there could be variations to the embodiments, and any variations would be within the spirit and scope of the present invention. Accordingly, many modifications may be made by one of ordinary skill in the art without departing from the spirit and scope of the appended claims.

We claim:

**1**. A method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets, the method comprising:

(a) identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions; and

(b) prioritizing the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets.

**2**. The method of claim **1** wherein step (b) further includes the step of: prioritizing the dummy regions such that the dummy regions adjacent to wider clock nets are filled with dummy metal after dummy regions that are located adjacent to narrower clock nets.

**3**. The method of claim **2** further including the step of: allowing a user to specify a clock net criticality value for the clock nets.

**4**. The method of claim **3** wherein step (b) further includes the step of: in an absence of a user-specified clock net criticality value for any of the clock nets, assigning a default value.

**5**. The method of claim **4** wherein step (b) further includes the step of: prioritizing the dummy regions such that between two dummy regions located adjacent to clock net wires of the same width, the dummy region that is adjacent to a clock net having a higher criticality value is filled with dummy metal after the other dummy region.

**6**. The method of claim **5** wherein step (b) further includes the step of: calculating a timing factor for each dummy region located adjacent to a clock net by multiplying a width of the clock net wire by the clock net criticality value.

**7**. The method of claim **6** wherein step (b) further includes the step of: assigning a timing factor value of 0 to all dummy regions not adjacent to a clock-net wire.

**8**. The method of claim **7** further including the step of: maintaining a dummy region list for each tile in the design.

**9**. The method of claim **8** wherein step (b) further includes the step of: sorting the timing factors assigned to each of the dummy regions in the list in order to prioritize the dummy regions in the tile.

**10**. The method of claim **9** wherein step (b) further includes the step of: inserting dummy metal into the dummy

US 7,007,259 B2

7

regions starting with the first dummy region on the list until a minimum density requirement for the tile is met.

**11**. The method of claim **10** wherein step (b) further includes the step of: after each dummy metal insertion, adding the area of the inserted dummy metal to an interconnect area property of the tile.

**12**. The method of claim **11** wherein step (b) further includes the step of: calculating a dummy metal area that needs to be inserted in the tile to meet a minimum density requirement as:

Dummy Metal Area=(Minimum Density*Tile Area)
−Interconnect Area.

**13**. The method of claim **1** wherein step (a) further includes the step of: initializing a dummy region list for each tile as a single rectangle corresponding to the outline of the tile.

**14**. The method of claim **13** wherein step (a) further includes the step of: traversing a design database and for each object found in the current tile, subtracting an outline of the object from the dummy region on which it lies.

**15**. The method of claim **14** wherein step (a) further includes the step of: once an object is found intersecting a particular dummy region,

(i) adding an area of the object to an interconnect area property for the tile,

(ii) partitioning the dummy region into sub-dummy regions,

(iii) removing the dummy region from the dummy region list, and

(iv) adding the sub-dummy regions to the dummy region list.

**16**. The method of claim **15** wherein step (a) further includes the step of: if a particular object is a wire on a clock net, storing a width of the wire as a clock net width property of the dummy region created by an outline of the object, and tagging an edge of each dummy region located immediately adjacent to the clock net wire with a clock net edge property.

**17**. The method of claim **16** wherein step (a) further includes the step of: calculating a timing factor for each dummy region in the list that has a clock net width property, and sorting the dummy regions based on the timing factors.

**18**. A computer-readable medium containing program instructions for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets, the program instructions for:

(a) identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions; and

(b) prioritizing the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets.

**19**. The computer-readable medium of claim **18** wherein instruction (b) further includes the instruction of: prioritizing the dummy regions such that the dummy regions adjacent to wider clock nets are filled with dummy metal after dummy regions that are located adjacent to narrower clock nets.

**20**. The computer-readable medium of claim **19** further including the instruction of: allowing a user to specify a clock net criticality value for the clock nets.

**21**. The computer-readable medium of claim **20** wherein instruction (b) further includes the instruction of: in an absence of a user-specified clock net criticality value for any of the clock nets, assigning a default value.

**22**. The computer-readable medium of claim **21** wherein instruction (b) further includes the instruction of: prioritizing

8

the dummy regions such that between two dummy regions located adjacent to clock net wires of the same width, the dummy region that is adjacent to a clock net having a higher criticality value is filled with dummy metal after the other dummy region.

**23**. The computer-readable medium of claim **22** wherein instruction (b) further includes the instruction of: calculating a timing factor for each dummy region located adjacent to a clock net by multiplying a width of the clock net wire by the clock net criticality value.

**24**. The computer-readable medium of claim **23** wherein instruction (b) further includes the instruction of: assigning a timing factor value of 0 to all dummy regions not adjacent to a clock-net wire.

**25**. The computer-readable medium of claim **24** further including the instruction of: maintaining a dummy region list for each tile in the design.

**26**. The computer-readable medium of claim **25** wherein instruction (b) further includes the instruction of: sorting the timing factors assigned to each of the dummy regions in the list in order to prioritize the dummy regions in the list.

**27**. The computer-readable medium of claim **26** wherein instruction (b) further includes the instruction of: inserting dummy metal into the dummy regions starting with the first dummy region on the list until a minimum density requirement for the tile is met.

**28**. The computer-readable medium of claim **27** wherein instruction (b) further includes the instruction of: after each dummy metal insertion, adding an area of the inserted dummy metal to an interconnect area property of the tile.

**29**. The computer-readable medium of claim **28** wherein instruction (b) further includes the instruction of: calculating a dummy metal area that needs to be inserted in the tile to meet a minimum density requirement as:

Dummy Metal Area=(Minimum Density*Tile Area)
−Interconnect Area.

**30**. The computer-readable medium of claim **18** wherein instruction (a) further includes the instruction of: initializing a dummy region list for each tile as a single rectangle corresponding to the outline of the tile.

**31**. The computer-readable medium of claim **30** wherein instruction (a) further includes the instruction of: traversing a design database and for each object found in the current tile, subtracting an outline of the object from the dummy region on which it lies.

**32**. The computer-readable medium of claim **31** wherein instruction (a) further includes the instruction of: once an object is found intersecting a particular dummy region,

(i) adding an area of the object to an interconnect area property for the tile,

(ii) partitioning the dummy region into sub-dummy regions,

(iii) removing the dummy region from the dummy region list, and

(iv) adding the sub-dummy regions to the dummy region list.

**33**. The computer-readable medium of claim **32** wherein instruction (a) further includes the instruction of: if a particular object is a wire on a clock net, storing an width of the wire as a clock net width property of the dummy region created by an outline of the object, and tagging an edge of each dummy region located immediately adjacent to the clock net wire with a clock net edge property.

**34**. The computer-readable medium of claim **33** wherein instruction (b) further includes the instruction of: calculating

US 7,007,259 B2

9

a timing factor for each dummy region in the list that has a clock net width property, and sorting the dummy regions based on the timing factors.

35. A method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets, the method comprising:

(a) identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions;

(b) determining which of the dummy regions are located adjacent to clock nets;

(c) assigning a timing factor to each dummy region based on an width of an adjacent clock net wire;

(d) sorting the dummy regions based on the timing factors; and

10

(e) inserting dummy metal into the sorted dummy regions such that the dummy regions located adjacent to increasingly wider clock nets are filled last, thereby minimizing any timing impact on the clock nets.

36. The method at claim 35 wherein step (c) further includes the steps of: assigning the timing factor based on the width of the adjacent clock net wire and a user-specified timing criticality value assigned to the clock net.

37. The method of claim 36 wherein step (e) further include the step of: inserting dummy metal into the sorted dummy regions one by one until a minimum density requirement for a current tile is met.

* * * * *

# EXHIBIT B

# BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT

### U.S. Patent No. 7,007,259 – Lattice

### Exemplary Claim 1

Bell Semiconductor ("Bell Semic") provides evidence of infringement of exemplary claim 1 of U.S. Patent No. 7,007,259 ("the '259 patent") in the following claim chart.

"Accused Products" as used herein refers to the Lattice circuit designs and/or semiconductor products, including at least the LCMX02-7000HC, that are made, produced, and/or processed by a design tool, such as a Cadence Design Systems, Inc.("Cadence"), Synopsys, Inc. ("Synopsys"), and/or Siemens Digital Industries Software (formerly Mentor Graphics) ("Siemens") tool,[1] by inserting dummy metal into a circuit design where dummy regions are prioritized such that the dummy regions located adjacent to clock nets are filled with dummy metal last. On information and belief, these design tools all function similarly with respect to the functionality described herein. For simplicity, the Cadence tool will be the primary tool cited herein to illustrate infringement of the claimed methods. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Lattice and relevant third parties have not yet provided any non-public information. An analysis of non-public technical documentation may assist in further identifying all infringing features and functionality. Accordingly, Bell Semic reserves the right to supplement this infringement analysis once such information is made available to Bell Semic. Furthermore, Bell Semic reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims or as other circumstances so merit.

Bell Semic contends that each element of each claim asserted herein is literally met, and would also be met under the doctrine of equivalents, as there are no substantial differences between the Accused Products and the elements of the patent claims in function, way, and result. If Lattice attempts to argue that there is no literal infringement and/or if Lattice attempts to draw any distinction between the claimed functionality and the Accused Products, then Bell Semic reserves the right to rebut the alleged distinction as a matter of literal infringement and/or as to whether any such distinction is substantial under the doctrine of equivalents.

Unless otherwise noted, the cited evidence applies across each of Lattice's products that were made, produced, or processed from a circuit design using clock aware dummy fill, including but not limited to the LCMX02-7000HC. Bell Semic reserves the right to amend this infringement analysis based on other products made, produced, or processed in the same or similar manner to that identified herein.

---

[1] Lattice is a customer of at least Cadence, Synopsys, and Siemens as demonstrated here:
https://www.cadence.com/en_US/home/mutlimedia.html/content/dam/cadence-www/global/en_US/videos/tools/custom-_ic_analog_rf_design/maryam_shabazi_lattice (Cadence); https://news.synopsys.com/index.php?s=20295&item=123188 (Synopsys); https://www.latticesemi.com/view_document?document_id=53646 (all).

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| Claim 1 | Accused Products |
|---|---|
| 1. A method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets, the method comprising: | To the extent the preamble is limiting, the Accused Products are made, produced, or processed by performing a method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to insert dummy metal into a circuit design, where the circuit design includes a plurality of objects and clock nets.<br><br>**Timing-Aware Metal Fill**<br><br>When it adds a timing-aware metal fill, the Innovus software avoids adding the fill near clock and signal nets and adds more near the power and ground nets.<br><br>The software assigns a high cost to adding a metal fill near clock nets, a moderate cost to adding it near signal nets, and zero cost to adding it near power and ground nets. It adds the fill, based on the cost, to achieve the preferred metal density with the least effect on timing.<br><br><br><br>The software adds timing-aware metal fill by default.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 709.* |

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| | |
|---|---|
| | ## Integration<br><br>While regular planarization is critical, metal fill can also negatively affect timing due to increased coupling capacitance in the nearby nets. So, it is paramount for the designer to consider the metal fill without impacting timing-critical nets. In order to overcome this shortcoming, the fill needs to be timing-aware, which is also needed when an engineering change order (ECO) arrives late in the design cycle—the ECOs make it indispensable for the designer to change the layout and fill around the affected area. Thus, it is imperative that the fill method should allow easy removal of and re-insertion without violating timings of the nearby nets.<br><br>*See https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf , page 2.* |

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259



Figure 4. Metal Fill steps in timing closure flow

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

|  | The solution to this is to allow the ECO steps to ignore the existing dummy metal fill geometries allowing them to cause shorts and/or DRC violations, then repair those violations. Also, where original signal geometries were removed due to deletions in the ECO process, dummy metal fill can be added to get those areas back to the desired metal density. This improves the ECO flow in two ways: a.) Timing characteristics in areas that were not affected by the ECO are unchanged during the repair process. b.) The overall time to complete the ECO including handling of the metal fill effects is reduced, both because the steps themselves are faster and the reduction in iterations from improvement in a). *See X.Dong; et. al., New Metal Fill Considerations For Nanometer Technologies, ASICON 2005 (6th International Conf.), page 807.* Xiaopeng Dong, Inhwan Seo and William Kao  IC Digital R&D Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134  These same steps are carried out by Synopsys and Siemens: 1. *See IC Compiler II Implementation User Guide, Version Q-2019.12-SP4, June 2020, page 544.* 2. *See https://www.synopsys.com/content/dam/synopsys/implementation&signoff/white-papers/icv_signoff_metalfill_wp.pdf, page 3.* 3. *See https://www.synopsys.com/content/dam/synopsys/implementation&signoff/white-papers/icv_signoff_metalfill_wp.pdf, page 4.* 4. *See http://soiconsortium.eu/wp-content/uploads/2018/10/2017_0616_GF-Fill-Flows-with-Calibre-DAC2017_v1.4-FINAL.pdf, page 11-13.* |  |
|---|---|---|

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

For example, Lattice creates a circuit design for the LCMX02-7000HC, which was made, produced, or processed from that circuit design created using one of the above-identified and described design tools to insert dummy metal into a circuit design, where the circuit design includes a plurality of objects and clock nets. As shown below, the LCMX02-7000HC includes a plurality of objects and a clock that requires a clock net.



Figure 2.3. PFU Block Diagram

*See* https://www.latticesemi.com/en/Products/FPGAandCPLD/
MachXO2#_3D24D0EEB97F430890D7AF24D20DF79A

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259



**Figure 2.7. PLL Diagram**

*See https://www.latticesemi.com/en/Products/FPGAandCPLD/Mach
XO2#_3D24D0EEB97F430890D7AF24D20DF79A*

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259



*See https://www.latticesemi.com/en/Products/FPGAandCPLD/Mach XO2#_3D24D0EEB97F430890D7AF24D20DF79A*

| (a) identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions; and | The Accused Products are made, produced, or processed from a circuit design that identifies free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions.<br><br>The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements. |
|---|---|

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

*See Innovus User Guide product version 20.10, March 2020, page 705.*

**Timing-Aware Metal Fill**

When it adds a timing-aware metal fill, the Innovus software avoids adding the fill near clock and signal nets and adds more near the power and ground nets.

The software assigns a high cost to adding a metal fill near clock nets, a moderate cost to adding it near signal nets, and zero cost to adding it near power and ground nets. It adds the fill, based on the cost, to achieve the preferred metal density with the least effect on timing.



The software adds timing-aware metal fill by default.

*See Innovus User Guide product version 20.10, March 2020, page 709.*

**Pegasus Verification's Incremental Metal Fill/Incremental Quantus Extraction's RC Extraction**

When the initial signoff metal fill generation, RC extraction, timing analysis, and ECO are performed, some wiring patterns disappear, while some new patterns are generated. The newly added wiring pattern will cause a DRC violation between the initial metal fill and may be required to be removed. So, it is also essential to add metal fill to the empty spaces of the disappearing patterns of wires.

*See https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, page 4.*

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| | | |
|---|---|---|
| | In this approach we assign different costs to different set of nets according to timing criticality. Fills not close to any nets or close to regular nets have the lowest cost. Next fills with proximity to power/ground nets will have higher costs. Finally fills close to clock nets or critical nets will have the highest costs. Based on this cost system we can minimize the parasitic impact from metal fill for both same layer and interlayer. In addition a tight integration with a | |

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

timing engine is built in to use the critical nets information combined with the timing aware to feed the critical nets information into timing aware metal fill. Figure 1 shows a simple layout to illustrate the cost based timing aware metal fill. In this figure the fill candidate that is closest to clock net CLK has been assigned the highest cost of three. The fill candidate close to a power net VDD has been assigned a relative lower cost of two and the fill candidate that is far away from both power and clock nets has been assigned the lowest cost of one. The fill with lowest cost of one will be picked first and then the fill candidate with cost of two and lastly the one with cost of three which will be avoided if minimum density is met.



Figure 1. Cost based timing aware metal fill

*See X.Dong; et. al., <u>New Metal Fill Considerations For Nanometer Technologies</u>, ASICON 2005 (6th International Conf.), page 805.*

Xiaopeng Dong, Inhwan Seo and William Kao

IC Digital R&D
Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259



Figure 4. Metal Fill steps in timing closure flow

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| | |
|---|---|
| | The solution to this is to allow the ECO steps to ignore the existing dummy metal fill geometries allowing them to cause shorts and/or DRC violations, then repair those violations. Also, where original signal geometries were removed due to deletions in the ECO process, dummy metal fill can be added to get those areas back to

the desired metal density. This improves the ECO flow in two ways:

a.) Timing characteristics in areas that were not affected by the ECO are unchanged during the repair process.

b.) The overall time to complete the ECO including handling of the metal fill effects is reduced, both because the steps themselves are faster and the reduction in iterations from improvement in a).

*See X.Dong; et. al., New Metal Fill Considerations For Nanometer Technologies, ASICON 2005 (6th International Conf.), page 807.*

Xiaopeng Dong, Inhwan Seo and William Kao

IC Digital R&D
Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134

These same steps are carried out by Synopsys:
1. *See IC Compiler II Implementation User Guide, Version Q-2019.12-SP4, June 2020, page 544-545.*
2. *See* https://www.eetimes.com/in-design-metal-fill-key-to-physical-verification-turnaround-time-for-advanced-ic-designs/.

These same steps are carried out by Siemens: |

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| | |
|---|---|
| | *1. See* http://soiconsortium.eu/wp-content/uploads/2018/10/2017_0616_GF-Fill-Flows-with-Calibre-DAC2017_v1.4-FINAL.pdf*, page 11-13.*<br><br>For example, Lattice creates a circuit design for the LCMX02-7000HC, which was made, produced, or processed from that circuit design created using one of the above-identified and described design tools such that free spaces are identified on each layer of the circuit design suitable for dummy metal insertion as dummy regions. As explained by semiconductor expert Lloyd Linder ("Linder") in Exhibit C cited herein, the placement of dummy fill first requires the identification of locations suitable to receive the fill. *See* Ex. C at ¶¶ 36, 37, 75–78, 80. |
| (b) prioritizing the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets. | The Accused Products are made, produced, or processed from a circuit design that prioritizes the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets.<br><br>**Timing-Aware Metal Fill**<br><br>When it adds a timing-aware metal fill, the Innovus software avoids adding the fill near clock and signal nets and adds more near the power and ground nets.<br><br>The software assigns a high cost to adding a metal fill near clock nets, a moderate cost to adding it near signal nets, and zero cost to adding it near power and ground nets. It adds the fill, based on the cost, to achieve the preferred metal density with the least effect on timing.<br><br><br><br>The software adds timing-aware metal fill by default. |

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| | |
|---|---|
| | • To add a non-timing aware metal fill, type the following command:<br><br>`addMetalFill  -timingAware off`<br><br>• To use the Innovus common timing engine (CTE) for static timing analysis (STA), type the following command:<br><br>`addMetalFill -timingAware sta -slackThreshold  value`<br><br>If the timing graph is already built, the software adjusts the costs as a function of the slack (nets with the worst slack have the highest cost). For more information, see Timing Analysis.<br><br>When you run the software in the STA mode, it assigns costs to four categories of nets:<br><br>• Clock nets are assigned the highest cost.<br><br>• Signal nets that have a slack value less than the threshold are assigned a moderate cost. You can use `-slackThreshold` and `-extraCriticalNet` to choose critical signal nets.<br><br>• Non-critical signal nets are assigned a small cost.<br><br>• Power and ground nets (nets marked `+  USE POWER` or `+  USE GROUND` in the DEF file) are assigned zero cost.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 709-710.* |

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

| | |
|---|---|
| | A novel cost based timing aware metal fill algorithm has been implemented to minimize the timing impact from metal fill while meeting minimum density requirements.<br>In the current metal fill algorithm we do:<br>  For each region<br>    For each layer: Do until target density is met<br>      Generate metal fill candidate<br>      Calculate cost for each candidate.<br>        Cost = C (aSp, W, L)<br>      Sort metal fill candidates by cost.<br>      Select candidate<br>    End for each layer<br>  End for each region<br><br>In this approach we assign different costs to different set of nets according to timing criticality. Fills not close to any nets or close to regular nets have the lowest cost. Next fills with proximity to power/ground nets will have higher costs. Finally fills close to clock nets or critical nets will have the highest costs. Based on this cost system we can minimize the parasitic impact from metal fill for both same layer and interlayer. In addition a tight integration with a<br><br>In this approach we assign different costs to different set of nets according to timing criticality. Fills not close to any nets or close to regular nets have the lowest cost. Next fills with proximity to power/ground nets will have higher costs. Finally fills close to clock nets or critical nets will have the highest costs. Based on this cost system we can minimize the parasitic impact from metal fill for both same layer and interlayer. In addition a tight integration with a | |

timing engine is built in to use the critical nets information combined with the timing aware to feed the critical nets information into timing aware metal fill. Figure 1 shows a simple layout to illustrate the cost based timing aware metal fill. In this figure the fill candidate that is closest to clock net CLK has been assigned the highest cost of three. The fill candidate close to a power net VDD has been assigned a relative lower cost of two and the fill candidate that is far away from both power and clock nets has been assigned the lowest cost of one. The fill with lowest cost of one will be picked first and then the fill candidate with cost of two and lastly the one with cost of three which will be avoided if minimum density is met.



Figure 1. Cost based timing aware metal fill

*See X.Dong; et. al., New Metal Fill Considerations For Nanometer Technologies, ASICON 2005 (6th International Conf.), page 805.*

Xiaopeng Dong, Inhwan Seo and William Kao

IC Digital R&D
Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259



*Figure 3: The timing-aware, integrated metal fill design flow*

*See https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, page 3.*

These same steps are carried out by Synopsys:
1. *See IC Compiler II Implementation User Guide , Version Q-2019.12-SP4, June 2020, page 544-546.*
2. *See https://www.synopsys.com/content/dam/synopsys/implementation&signoff/white-papers/icv_signoff_metalfill_wp.pdf, page 4.*

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

3.  See https://www.eetimes.com/in-design-metal-fill-key-to-physical-verification-turnaround-time-for-advanced-ic-designs/.

These same steps are carried out by Siemens:

1.  See http://soiconsortium.eu/wp-content/uploads/2018/10/2017_0616_GF-Fill-Flows-with-Calibre-DAC2017_v1.4-FINAL.pdf, page 11-13.

For example, Lattice creates a circuit design for the LCMX02-7000HC, which was made, produced, or processed from that circuit design created using one of the above-identified and described design tools to prioritize the dummy regions using "cost" such that the dummy regions located adjacent to clock nets are filled with dummy metal last because they are assigned a "high cost" compared to other regions that are assigned lower "cost." This minimizes any timing impact on the clock nets. See Ex. C at ¶¶ 36–37, 75, 77–79, 86–87. And, as shown below, the LCMX02-7000HC includes a clock that requires a clock net.



Figure 2.3. PFU Block Diagram

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259

*See* https://www.latticesemi.com/en/Products/FPGAandCPLD/
MachXO2#_3D24D0EEB97F430890D7AF24D20DF79A



Figure 2.7. PLL Diagram

*See https://www.latticesemi.com/en/Products/FPGAandCPLD/Mach*
*XO2#_3D24D0EEB97F430890D7AF24D20DF79A*

CLAIM CHART
LATTICE
U.S. Patent No. 7,007,259



*See https://www.latticesemi.com/en/Products/FPGAandCPLD/Mach XO2#_3D24D0EEB97F430890D7AF24D20DF79A*

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **Bell Semiconductor, LLC** | |
| **Plaintiff,** | **Civil Action No.** |
| **v.** | |
| **Lattice Semiconductor Corporation** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

### DECLARATION OF LLOYD F. LINDER

I make this declaration on behalf of Bell Semiconductor, LLC ("Bell Semic"). I understand that Bell Semic will offer my declaration as evidence in support of the above-captioned patent infringement lawsuit against Lattice Semiconductor Corporation ("Lattice").

1.      My qualifications to testify concerning the relevant technology are set forth in my curriculum vitae, which is attached hereto as **Exhibit 1**.

2.      I received my Bachelor of Science degree in Electrical Engineering (BSEE) from UCLA in 1985. I received my Master of Science degree in Electrical Engineering (MSEE), also from UCLA, in 1987. Thereafter, I continued studying Electrical Engineering at USC, where I received an Engineer's Degree in 1989 and researched and completed my thesis towards a doctoral degree in 2002. Following the completion of my BSEE, I began work at Hughes Aircraft, where I worked for 12 years.

3.      When Hughes Aircraft was acquired by Raytheon in 1997, my title was "Senior Scientist." At Hughes Aircraft, I was the technical lead for RF/analog/mixed signal IC development and was a subject matter expert (SME) in integrated circuits, serving as a company-wide resource for review of integrated circuit designs and technical support of new business.

4.     My next position was as an Engineering Fellow at Raytheon from 1997–2002, where I again was the technical lead for RF/analog/mixed signal IC development and was a subject matter expert (SME) in integrated circuits, serving as a company-wide resource for review of integrated circuit designs and technical support of new business.

5.     In February 2002, I began a role as Director of Technology at TelASIC Communications, a company that I also founded.  In this role, I served as the technical lead for the development of state-of-the-art ADC (analog-to-digital converter) and DAC (digital-to-analog converter) commercial products for the cellular base station market.

6.     In 2006, I began working under "Lloyd Linder Consulting" as an Independent Integrated Circuit Design, Systems, Intellectual Property, and Wireless Consultant, a role that continues to this day.  In this role, I have served as a consultant to over 100 companies in the commercial and military contractor semiconductor component market space and have served as an expert witness in semiconductor cases and invalidity analyses.

7.     From 2008–2009, overlapping with my consulting, I took a position at Menara Networks for approximately 10 months, where I was involved with the development of an electronic dispersion compensation (EDC) IC and the development of quad transceiver for next-generation 10 Gb/s ASICs with integrated FEC / EFEC in CMOS.

8.     I have received various honors over the course of my education and career.  In 1985, I was named UCLA's most outstanding senior electrical engineering student, graduating Phi Beta Kappa and Summa Cum Laude.  I am an IEEE Senior Member and served as a Judge for the San Fernando Valley Section Entrepreneurial Business Plan Competition in 2008.  I am a named inventor on over 100 issued United States Patents (with several currently pending) and over 300 international patents, and have published over a dozen journal and conference papers focusing on

2

semiconductor design and layout.   I am a two-time Hughes Aircraft Division Patent Award Winner, and was named by Hughes as a Masters Fellow, Engineers Fellow, and Doctoral Fellow.

9.      I have reviewed U.S. Patent No. 7,007,259 to Shrowty ("Shrowty '259) asserted in the Complaint, and its file history (in which the Patent Office allowed the application as-filed on the first office action).  I have also reviewed U.S. Patent No. 6,436,807 to Cwynar et al. ("Cwynar '807"), which is also asserted in the Complaint, and its file history.  In addition, I have reviewed the claim charts accompanying the Amended Complaint supported by this Declaration.

10.      My college education over 15 years and 35 years of knowledge and experience in integrated circuit design, layout, and fabrication provides the necessary experience to support my stated conclusions set forth below.

## Background on Integrated Circuit Manufacture, and Specifically the Layout Process Flow Segment of the Manufacturing Process

11.      Semiconductor manufacture begins with the creation of a set of specialized electronic files that dictate the three-dimensional structure and features of the semiconductor device. These files, which are normally referred to as Graphic Design System (GDSII) files, are specifically formatted for and serve as necessary inputs for the devices that build the semiconductor device layer-by-layer according to the instructions contained in the GDSII files. Any changes to the structures in the GDSII files will result in changes to the structures in the fully fabricated device. [1]  The manufacture process ends with the wafer containing the individual semiconductor devices is fully fabricated and sawed into individual semiconductor dies.

---

[1] The physical design validation of an integrated circuit design ensures that all spatial constraints are satisfied for the traces and devices formed in various layers of an integrated circuit die. The structures formed in the several layers of an integrated circuit die are represented in a GDSII (Generic Data Stream) format file that contains the chip topological information for creating the masks used in manufacturing the integrated circuit dies. This is also called the "layout," and which patents in this area typically call a "design". The GDSII format is an industry standard used by commercially available physical verification tools to represent physical design data. All structures affecting the performance of the circuit die must and will be present in the layout.

12.    I have created the image below, which provides a simplified schematic showing, at a high level, a commonly-used integrated circuit design flow process that is representative of many (if not most) process flows in current use for creation of circuit layouts:



TYPICAL DESIGN FLOW

Process Development Kit PDK

Receive PDK from Foundry → Use with CAD tool suite such as Cadence

Schematic Capture → Set of Specs are provided for the schematic to design and simulate performance to set of specs

Fix Schematic to Meet Specs. ← Schematic Simulation

No — Meet Specs? → Design Rule Check DRC / Electrical Rule Check ERC

Figure out rule check issues

Yes → Layout ← During layout, DRC and ERC checks are performed typically as part of the flow.

No — Does customer need new PDK?

Yes — Rerun all checks and fix errors

LVS ← Confirm that the netlist created by the schematic matches the netlist created by the layout

Layout Versus Schematic LVS

Parasitic extraction Sims pre-fill ← After LVS is confirmed, parasitic extraction sims can be performed pre-fill

Yes

No — Meet Specs? No — Redo layout

Yes

Fill Routine

Either manual layout massage or Redefine auto-fill routine parameters

Parasitic Extractions Sims

Waive Or re-optimize — No — Meet Specs?

Re-optimize

Yes

Waive

Final verification – ERC, LVS, DRC → GDSII to the foundry

No — Foundry checks okay? — Yes → *Start fabrication*

5

13.    The integrated circuit design flow process includes a design engineer, using design tools, to create a design for an integrated circuit to be processed.

14.    Design tools from vendors such as Cadence, Synopsys, or MentorGraphics (now Siemens) will then be used to design, simulate, and lay out integrated circuits. The typical design tool suite includes[2] schematic capture, simulation, layout, verification (layout versus schematic (LVS) and design rule check (DRC)), and fill generation routines. These fill routines can be automated or manual, and can be provided by the design tool company in whole or in part.

15.    To be sure, the precise capabilities of each design tool available to a particular design engineer may differ within a company (based on what options in the design suite are available to a particular user or on a particular device), and between different design tool suites. However, based on my experience, at a high level, the design tools used by design engineers in the semiconductor industry, all operate in substantially similar fashion for schematic capture, simulation, layout, verification, design rule check, and fill-generation. In particular, based on my experience as a consultant, the design tools commonly used in the industry to place dummy fill operate in substantially similar fashion in providing timing-aware fill generation for integrated circuit layouts.

16.    In the design process, the schematic is created first. The layout design tool is used to place and route all of the active (i.e., transistors) and passive components (i.e., resistors, capacitors, and inductors), and the interconnections between devices (represented as wires) in the schematic. It represents the circuit function that is to be physically implemented in the silicon. The schematic is created and simulated, using the CAD tools, to confirm that the circuit functions to a desired specification.

---

[2] Sometimes electrical rule check (ERC) is also included in design tool suite capabilities.

17.     Once that performance specification is confirmed from the schematic simulation, the layout of the circuit is performed to physically place each of the individual elements necessary to implement the circuit functions set forth in the schematic in the GDSII file.  During layout, layout rules for active and passive devices must be followed, but conformance is not checked until a DRC is run (typically at least as part of the final verification, though it can be run at any point or points in the layout process).

18.     Once the layout is completed, it is compared to the schematic of the circuit using layout-versus-schematic (LVS) tool to confirm that the two are identical.  From the schematic, a netlist (a list of devices and the associated nodes) is generated. From the netlist, the schematic could be re-generated by hand by drawing the devices and connecting the device nodes.  From the layout of devices and associated nodes, a corresponding netlist is generated, from which a similar schematic could be generated by hand by drawing the devices and connecting the device nodes from the layout netlist.  Then the schematic netlist is compared to the layout netlist using the LVS tool. The LVS tool compares the schematic netlist to the layout netlist to see if they match—i.e., whether they contain the same devices connected in the same fashion. If they do not match, the discrepancies between the two must be found and corrected, and LVS re-run.  Any violations of layout rules must be corrected and DRC re-run for the layout.

19.     After passing LVS, the process of performing parasitic extraction simulations before the fill has been placed (pre-fill) can be performed on an extracted netlist created from the layout. If parasitic simulations are performed prior to the fill placement, the designer can get an idea of the impact on circuit performance from the basic layout parasitics pre-fill.  From the layout, a netlist is extracted that includes any of parasitic resistance (R), parasitic inductance (L), parasitic capacitance (C), or any combination of the three. Additionally, the parasitic extraction can include what is termed "coupled" capacitance (parasitic capacitance between metal lines) as well as the

7

parasitic capacitance to the substrate. The extracted netlist, with the selected added parasitics, can be used to run simulations on the baseline layout to determine if there is any performance degradation due to the baseline layout routing.

20.    The simulated performance of the layout, which includes the parasitics, needs to be as close as possible to the specification that was already satisfied by the schematic.  That is why parasitic extraction is performed, and why it is iterated pre-fill and post-fill.  So if there is performance degradation due to the baseline layout, the layout is redone until its performance is at acceptable parameters.  Ideally, the extracted simulation results match the schematic simulation results, which means that the layout parasitics had no impact on the circuit performance.

21.    Once the layout passes pre-fill, the design tool is used to insert dummy fill at appropriate locations in the layout that do not contain devices or other features.  As is well-known in the industry, the purpose of adding dummy fill is to achieve a higher and more uniform density of interconnect across the surface of each layer of the chip, to improve the outcomes of the chemical-mechanical polishing/planarization (CMP) step during fabrication.  If individual pieces of fill are below a certain minimum size, they may not planarize properly during CMP, which will result in the dielectric material deposited on top of those too-small features not planarizing properly, which will produce in dishing in the dielectric and result in a non-planarized surface. Thus, in practice, the fill pieces added cannot be below a certain minimum feature size.  Adding dummy fill at or exceeding the minimum feature size and to achieve a higher and more uniform density of interconnect lowers the likelihood of defects caused by the CMP process step and thus improves the yield of modern integrated circuits.

22.    Once all components of the integrated circuit design have been placed and routed, a physical design validation is typically performed at the very end of the design cycle.  This ensures that all spatial constraints are satisfied for the traces and devices in each layer of an IC, that the die

complies to all process rules, and that any additional required steps specific to manufacturability for a selected technology have been performed (e.g., metal utilization).

23.     As the pre-fill step confirms that parasitics of the baseline layout, pre-fill, do not degrade the performance of the integrated circuit, it is desirable that the fill likewise does not degrade performance.  However, depending on its placement, dummy fill can also degrade the performance of the integrated circuit, which is undesirable.  To minimize this, the design suites include timing-aware fill tools that minimize, if not prevent, any degradation to circuit performance caused by dummy fill insertion.  These tools also incorporate details on fill density, size, and position necessary to meet the requirements of the fabrication process and  allow the user to specify the minimum and maximum dimensions of the dummy fill.

24.     Based on my experience, use of such timing-aware fill tools has become standard practice in designing modern integrated circuits.  In fact, modern integrated circuit designs are required to have fill included as part of the database submitted for fabrication.  Due to the complicated nature of these designs, such as SoCs and highly integrated circuits with many layers, the fill process cannot be manual at least for the practical reason of there being far too many locations and options for fill position and dimension to designate by hand for fill insertion. Moreover, the chip has many critical nets (i.e., important timing-sensitive signal lines), so there is a need for the fill-placement to be aware of any impact on the timing and resulting performance impact of the circuit.  Timing-aware fill tools are used to attempt to simultaneously meet interconnect density (including feature size) and timing closure requirements, but they are not guaranteed to do so 100% of the time. When this occurs, a decision must be made to compromise performance at the expense of yield, or vice-versa.

25.     Once the fill routine is completed, the fill checks are done, and final verification is performed again (LVS, DRC). The fill checks are performed based on percentage requirement on a specified area in the layout.

26.     Once the layout database has been verified, it is sent for fabrication in the form of a GDSII database, which is the industry standard format for delivery of the chip database.  As previously mentioned, fill is required to be included as part of the GDSII database.

27.     The design resource is provided with a process design kit (PDK), which includes all of the information necessary to capture a schematic, run a simulation, do a layout, and perform all of the checks on the layout to make sure that the final GDSII is in an acceptable form to be ready for fabrication. It is the design resource / customer's responsibility to make sure that the designed chip meets all of the expected requirements for fabrication and bears the risk of failing to follow any steps in the design flow. For example, if the circuit does not work, that is the customer's responsibility. If the layout does not match the schematic, that is the customer's responsibility. The GDSII does have to meet all of the DRCs in order to be fabricated.

28.     In order to develop an integrated chip product, tools are needed to develop the schematic, the layout, verification of the layout, and the final GDSII database for fabrication. Many companies use different tools (from different vendors) to accomplish this process either typically due to cost or preference of internal proprietary tools.  Regardless of the process and specific tools that are used, the GDSII database goes through an internal DRC after it is received and before fabrication of the integrated chip:

      a.   The design resource receives a PDK that contains all of the information is included to create a GDS database to release for fabrication. This includes circuit symbols for the creation of the schematic, models for the circuit symbols to run simulation,

and associated layout devices that have been created with all of the process layers needed.

b.  Additionally, there are what are known as "rule decks" in the PDK that allow for LVS and DRC.  A rule deck is typically a file that specifies all of the available rules (for example, minimum feature sizes such as line width and minimum fill dimensions), the layers to process on each rule, and the parameters of each rule. The LVS deck compares the schematic to the layout, and the DRC deck covers all of the design rules for placing and routing devices. For LVS, a netlist of the layout is created. This netlist is compared to a netlist created for the schematic. The LVS tool compares the two to determine if they match or not.

c.  Additionally, there is a parasitic extraction deck that extracts all of the parasitics of the layout that is used to run simulations to close timing or to confirm that the layout still meets all of the chip requirements.

d.  There can also be an electrical rule check (ERC) deck as well, depending on the fabrication involved.

29.    If the DRC rules at pre-fabrication do not match those at the design resource, it is possible that there will be DRC errors. This could be due to a number of reasons, including the DRC in the provided process design kit (PDK) is not up to date, and so the PDK will be updated with the updated DRC and the design resource will have to redo everything and fix the DRC errors, providing a new GDSII database before fabrication can begin. These DRC checks at pre-fabrication will include checks for the fill on all layers to confirm that the fill requirement is met, on a granular level, for all tiles at the chip boundary level.

**Dummy Fill is Required in Design and Layout of Multi-Layer Semiconductor Chips**

30.     To the best of my knowledge, adding dummy fill is a requirement for every integrated circuit using the latest technology nodes.  Certain older nodes still in fabrication (>350nm) may not require fill, but I believe that even some of these older technology nodes have incorporated fill requirement to enhance yield.

31.     As mentioned above, it is required that the GDS database include fill within the database submitted for fabrication.  In particular, most fabrication processes used in modern semiconductor chip designs require both a minimum density and a minimum feature size for the interconnects (i.e., pieces of metal or semiconductor) placed on each layer of a multi-layer chip design.  This is the case both for the layer as a whole and for individual subunits of each layer, and is fundamental to the creation of consistent fabrication of multi-layer devices with minimal defects.

32.     Fabrication processes typically partition each layer of the chip design into rectangular regions called tiles, each of which must also meet a minimum density requirement. For any given region of the chip, the interconnect density is the area of all of the interconnect in that region divided by the total area of that region.

33.     Sufficient interconnect density and substantial uniformity of interconnect are required for the chemical mechanical polishing (CMP) portion of the chip fabrication process. CMP is crucial to achieve planarity, which allows for multi-layer chip designs and high yield of functional devices. Insufficient interconnect density and/or insufficient uniformity of interconnect between various regions will increase the likelihood of defects during the chip manufacturing process, which will resultantly degrade the yield.

34.     Once the functional features of the chip design (such as power lines, signal nets, vias, and the like) have been laid out as needed in the first instance, there will usually be substantial

portions of the chip design that have insufficient interconnect density to permit CMP without incurring substantial likelihood of defects.

35.     To increase the interconnect density of the layer as a whole, and of regions within each layer, numerous individual pieces of interconnect are inserted into available space in low-density regions of the chip until the minimum interconnect density specified for the particular fabrication process is achieved for each tile.  Because these pieces of interconnect are not intended to carry signal or power, but instead are added to provide structural stability to the chip architecture, they are generally known as "dummy fill."



36.     Placement of dummy fill is typically performed by a dummy fill software tool, and is one of the last steps in the chip design flow, with its extent and placement typically occurring after routing and timing closure.  The time it takes the dummy fill tool to complete its task depends on the complexity of the circuit layout, and correspondingly, the size of the design database.  If dummy fill must be run (or re-run) for the entire layer, even small changes in layout can result in significant delays while the dummy fill tool runs each time the layout changes.

37.     In operation, the dummy fill software tool typically partitions each layer of the design into rectangles called tiles, which it examines in each layer of the design.  If the interconnect

density in each tile does not meet (or exceed) the specified minimum interconnect density for the fabrication process, the dummy fill tool inserts dummy fill into free regions of that tile where no interconnect is present.

38.    The dummy fill software tool typically allows the user to specify the shape (rectangular or square) and dimensions (maximum and minimum) for the dummy fill to be inserted into open areas of the layout.  In addition or alternatively, fill dimensions, shape, and position can be (and typically are) supplied separately from the fabricator in a format such as a LEF file, which the dummy fill software tool then incorporates and uses to place dummy fill in open areas of the layout

39.    For large integrated circuits, commonly called system-on-a-chip (SoC) with either large analog content and small digital content ("big A, little D") or large digital content and small analog content ("big D, little A"), it is not practical to manually add dummy fill, so automated fill routines are almost always used.  Because there are so many critical signals in a large SoC, the process cannot be done manually due to the time it would require.  Thus, the design timelines and practical realities require that the automated fill routines are used instead.

40.    However, placing the dummy fill that is too large in size, too extensive, and/or too close to signal nets increases capacitance between the signal wires and the dummy fill in the physical device if fabricated without taking additional measures.  That increase in capacitance in the fabricated physical device would in turn slow the transmission speed of signals and degrades the overall performance of the integrated circuit.  This effect is undesirable and is known as "parasitic capacitance."

41.    The added parasitic capacitance will degrade parameters, such as operating frequency and rise/fall time, for a critical clock or signal, and this must be avoided in order for the circuitry to work properly.

42.     The parasitic capacitance is inversely proportional to the distance between the dummy fill and the signal wire.  Thus, parasitic capacitance from dummy fill will be minimized if the dummy fill is placed far from signal nets.

43.     Conversely, the parasitic capacitance from dummy fill on signal lines is directly proportional to the lateral dimension of the dummy fill (i.e., the extent to which the dummy fill runs parallel to the signal line).  Thus, parasitic capacitance from dummy fill will be minimized if the same area of dummy fill is placed in many narrow pieces oriented perpendicular to the signal line (which also places more of the dummy fill at a greater distance from the signal line) rather than one long strip oriented parallel to the signal line.

44.     Prior to Cwynar '807, the traditional solution to minimizing the parasitic capacitance effect of dummy fill having a large lateral dimension was the "simplistic approach" of hardcoding a single (often very small lateral dimension) size for individual dummy fill pieces to be inserted into all open areas on a given interconnect layer.  The use of a constant dummy fill density was independent of the density of adjacent active features, and resulted in substantial variations in overall fill density between the various open areas of the interconnect layer.  This, in turn, caused deviations and defects when the interconnect layer was planarized.  Moreover, the use of a single size for all fill features in an open area also added to the parasitic capacitance produced by the dummy fill by adding dummy fill at a density higher than necessary to meet the interconnect density requirements, such as, for example, in an open area that only need a minimal density of fill to meet overall interconnect density requirements.

45.     The result of using a constant (often very small) lateral fill dimension was that substantial dishing would occur during CMP due to variation in interconnect density in the lateral dimension, resulting in an unacceptably high rate of chip defects and unacceptably low yield.  Since fixing fill dimension manually was a time-consuming process, with limited time available,

the result would typically be that the interconnect density requirements could not be met, and a waiver would be requested before fabrication would begin, with any resulting yield degradation being accepted by the customer.

46.     By minimizing the lateral dimension of dummy fill, its parasitic capacitance can be bounded below a particular value and its effect on circuit timing can be minimized.  However, hard-coding a small dimension will create discontinuities in the dielectric that will only be exacerbated (rather than resolved) by CMP, thus limiting chip yield.

47.     In other words, when using a one-size hard-coded dummy fill solution, the higher the required yield, the more constant the overall interconnect density must be within various portions of the layer, with increasingly higher parasitic capacitance and negative impact on timing and circuit performance because that interconnect will comprise dummy fill having a substantial lateral dimension paralleling signal lines.  Conversely, the more sensitive the timing requirements for the circuit, the less the parasitic capacitance can be tolerated near crucial signal nets and the lower the lateral dimension of the dummy fill can be for tiles that include such signal nets, resulting in a lower overall interconnect density, and greater variation across the layer, resulting in defects and lower yield.  This tradeoff between performance and yield is further complicated when multiple metal layers are involved, which can be ten or even more.

48.     Prior to Shrowty '259, the traditional solution to minimizing the parasitic capacitance effect of dummy fill near signal nets was the "simplistic approach" of hardcoding a large "stay-away" distance from crucial signal nets, essentially establishing a defined "exclusion zone" (or "keep-out area"), essentially a "moat" around those circuit elements that would be designated categorically unsuitable to receive dummy fill when the dummy fill software tool was utilized and the device fabricated.  The distance was typically derived empirically for each design by studying the effect on timing from dummy fill inserted at various distances from clock nets in

sample designs and was then manually hardcoded in the dummy fill libraries for each type of process technology.

49.     The result of using these keep-out zones was that potentially the chip would have poor yield. Since this was a manual time-consuming process, with limited time available, the result would typically be that the fill requirements could possibly not be met, and a waiver would be requested before fabrication would begin, with any resulting yield degradation being accepted by the customer.

50.     By excluding dummy fill from being placed within a certain distance of crucial signal nets, its parasitic capacitance can be bounded below a particular value and its effect on circuit timing can be minimized.  However, hard-coding a large "stay-away" distance between dummy fill and signal nets, creating a region in which dummy fill cannot be placed, will also reduce the space available for dummy fill insertion and thus limit the overall interconnect density that can be achieved.

51.     In other words, the higher the required interconnect density, the closer it must be placed to signal nets, with increasingly higher parasitic capacitance and negative impact on timing and circuit performance.  Conversely, the more sensitive the timing requirements for the circuit, the less the parasitic capacitance can be tolerated near crucial signal nets and the lower the interconnect density can be for tiles that include such signal nets.  This tradeoff is further complicated when multiple metal layers are involved, which can be ten or even more.

52.     It may be that the timing requirements cannot be met without a revision to the fill placement, density. and sizing, and re-extraction of the layout parasitics to determine if the timing requirements are met. If they are not, then a decision would have to be made to continue the iteration process or apply for a waiver and bear the risk of lower yield, or accept decreased performance

53.     Balancing these tradeoffs started to become particularly problematic by the early 2000s, as new processing technologies with smaller and smaller features demanded increasingly higher minimum interconnect density values at the same time that chip designs became much more aggressive in the circuit timing requirements.   In such cases, it was often impossible to insert sufficient dummy fill into a tile such that the higher minimum density requirements could be met without also reducing the large "stay-away" distance, and thereby raising the timing impact of the dummy fill to levels that affected the performance of the chip.   One potential solution was for the chip designer to waive the minimum interconnect density specified by a particular fabrication process.   However, because invoking this waiver would not comply with the fabrication process requirements, the yield of the produced devices would not be guaranteed in such cases, which rendered this alternative not viable in practice.

54.     Traditional dummy fill software tools of that time often completed their run through the tiles of each layer without reaching minimum interconnect density in some cases.   In such cases, it would be necessary to re-run the dummy fill tool for those problematic tiles with a lowered "stay-away" distance and/or after adding, removing, or manually revising the size and positioning of portions of the fill.   If, as frequently occurred, more than one such tile lacked sufficient interconnect density and required (at least) a second run of the dummy fill tool with the revised "stay-away" distance parameters and/or dummy fill size and positioning, multiple runs could be needed if, as was typical, the dummy fill tool could only handle one tile at a time.

55.     This iterative process, with manual adjustments of the "stay-away" distance, dummy fill size, and dummy fill positioning often required multiple runs for each such affected tile; it was an involved, time-consuming process that can and did significantly impact design schedules.

**Explanation of Cwynar '807**

56.     Thus, dummy fill prior to Cwynar '807 was typically inserted at the same predetermined set density, without consideration of the density of adjacent active interconnect features.  This produced a **<u>non-constant</u>** overall fill density between open areas of the interconnect layer, which in turn resulted in defects and deviations during CMP resulting from uneven deposition of the dielectric.



FIG. 1 (PRIOR ART)

57.     In place of this methodology, Cwynar '807 teaches, among other things, that the dummy fill pieces inserted should have a lateral dimension based on the deposition bias of the dielectric layer.  (3:12–21.)  Preferably, that minimum size should be at least twice the absolute value of the negative dielectric layer deposition bias. (3:21–25.)   Dummy fill satisfying that minimum lateral dimension is then inserted into open areas of the layout on a region-by-region basis until the desired interconnect density (considering both dummy fill and active interconnect) is reached.  This avoids dishing and other defects that would otherwise result during CMP from unevenness in the dielectric based on too much variance in the width of the active and dummy

19

interconnect features below the dielectric layer, and thus improves yield and circuit performance relative to prior art methods.  (1:65–2:9, 5:65–6:25.)



FIG. 3

58.    The adding, in order to reach a desired overall density of interconnect and facilitate uniformity of planarization during manufacturing, dummy fill features with a minimum lateral dimension based on the deposition bias of the dielectric layer to be deposited over the interconnect is expressly recited in every claim of Cwynar '807.  Specifically, it is recited in every independent claim, i.e., in the final element of independent claims 1 and 9.  Thus, it also applies to all of their dependent claims as well.

59.    I have also reviewed the prosecution history of Cwynar '807.  The Examiner's Notice of Allowance recognized that the prior art did not teach or suggest that dummy fill sizes

20

are based on the deposition bias of the dielectric layer.  Based on my experience in semiconductor layout and design, as set forth above, I agree with the Examiner's characterization of the contents of the prior art in the Notice of Allowance.

60.     Moreover, based on my experience in semiconductor layout and design, it was not well-understood, routine, or conventional at the time of Cwynar '807 to bound the minimum size of dummy fill based on the deposition bias of the dielectric layer deposited on top.  This limitation is present in every claim of Cwynar '807.  As both the prior art and Cwynar '807 recognized, the conventional methodology at the time was to hardcode the minimum lateral dimension of dummy fill to the smallest practically achievable size, and, if necessary, to manually adjust that for individual tiles that failed to meet the minimum interconnect density requirements for a particular process.  Those requirements would be provided by the foundry that would be performing the dummy fill on the physical chip because they would necessarily be process-dependent; the thicknesses of metal layers and oxide layers vary from foundry to foundry and thus could not be standardized values.  Based on my experience in semiconductor layout and design, I agree that the claimed inventions of Cwynar '807 were not, to the best of my knowledge, well-understood, routine, or conventional activity at the time of Cwynar '807.  This is true not only in an ordered combination of the elements, but also as an individual claim element.

61.     Because the bounding a minimum lateral dimension of dummy fill features based on the deposition bias of a dielectric layer to be deposited over the interconnect was not well-known, routine, or conventional activity at the time of Cwynar '807, it is also true that the at least the additional limitation recited by dependent claims 4 and 14, specifying that the lateral dimension should be at least twice the absolute value of a negative dielectric layer deposition bias, were also not well-understood, routine, or conventional activity at the time of Cwynar '807.  Accordingly,

each such dependent claim was, itself, not well-understood, routine, or conventional activity both by itself and in an ordered combination with the additional element(s) recited by its parent claim(s).

**Explanation of Shrowty '259**

62.     Likewise, multiple iterations of manually adjusting the "stay-away" distance in each tile were, prior to Shrowty '259, typically required to meet design demands and process requirements for dummy fill insertion of newer chip designs in an involved, time-consuming, and *ad hoc* fashion.

63.     In place of this methodology, Shrowty '259 teaches a dynamic method of placing dummy fill that, in a single run, achieves the required minimum interconnect density while simultaneously minimizing the negative timing impact of the inserted dummy fill on clock nets in the fabricated device.  (Shrowty '259 at 2:19–23.)  At the time of the invention of Shrowty '259, This was a new and different process flow compared to the prior art that avoided delays to the design schedule and/or problematically low device yields that were likely to result from the use of traditional methods of dummy fill insertion in designs with high interconnect density requirements and demanding timing tolerances (such as the "moat" or "keep-out zone" around crucial clock nets).  The novel method and process flow of Shrowty '259 produces improvements in the IC design process flow as well as reducing the design time required to complete a design.  It also improves the performance of the fabricated semiconductor device by minimizing parasitic capacitance which otherwise would degrade the signal in clock lines.

64.     Shrowty '259 explains that to solve this problem, free spaces on each layer of the chip suitable for dummy metal insertion (known as "dummy regions") are first identified on each layer of the chip design suitable for dummy fill, known as the "free-space finding" phase.  (2:29–32 & Fig. 2.)  Thereafter, the dummy regions are prioritized such that those adjacent to clock nets

are filled with dummy metal last until the minimum density requirement is met, in the second or "dummy metal insertion" phase.  (2:32–43, 3:41–50, 5:38–41, & Fig. 5.)  In some embodiments, the dummy regions are further prioritized such that those adjacent to wider clock nets are filled with dummy metal after regions that are located adjacent to narrower clock nets.  (2:35–38.)

65.     The design tool provides the ability to define criticality factor or cost function according to timing criticality and typically stores that information in the file.  (4:62–5:1, 5:9–12, 5:14–17, & Fig. 5.)  The cost function is used to define at leastpower and ground nets, non-critical signal nets and other non-critical nets, critical signal nets, and clock nets (which will usually be critical).  (*See* 5:14–37.)  The tool first defines and associates these costs with these defined nets.  (*See id.*)  Then the tool starts to place fill based on these costs on a per-tile basis.  In the figure below, based on this prioritization, the fill is placed far away from the clock net, thus a person of skill in the art can determine, by looking at the layout, that the clock net is the highest cost net without the need for labeling.  (*See* 5:59–6:10.)



66.     Shrowty '259 also teaches that when an existing object intersects a dummy region, its area is added to the interconnect area property for the region, and it may be partitioned into up to four sub-dummy regions around the subtracted area, with the newly-created sub-dummy regions replacing the originally-designated dummy region in the list of areas in the tile suitable for dummy fill insertion.  (4:7–23 & Fig. 3.)



FIG. 3

67.     Shrowty '259 explains that, as a result, minimal dummy fill (if any) is inserted into clock net-adjacent dummy regions, thereby minimizing the timing impact to the adjacent clock nets in the fabricated semiconductor device.  (2:43–47.)  As would have been clear to a POSITA, this would improve the performance of the fabricated integrated circuit both in terms of minimizing the likelihood of manufacturing defects arising from CMP and minimizing the negative impact of parasitic capacitance on timing and transmission speed.

68.     The minimization of timing impact on clock nets from dummy fill as taught by Shrowty '259 is expressly recited in every claim of Shrowty '259.  Specifically, it is recited in every independent claim, i.e., in element (b) of independent claims 1 and 18, and in element (e) of independent claim 35.  Thus, it also applies to all of their dependent claims as well.

24

69.    I have also reviewed the prosecution history of Shrowty '259, which the USPTO allowed on the first office action.  The Examiner's Notice of Allowance recognized that the prior art, whether alone or in combination, did not disclose or suggest that dummy regions are prioritized such that those located adjacent to clock nets are filled with dummy metal last, nor that those adjacent to increasingly wider clock nets are filled last.  Based on my experience in semiconductor layout and design, as set forth above, I agree with the Examiner's characterization of the contents of the prior art in the Notice of Allowance.

70.    Moreover, based on my experience in semiconductor layout and design, it was not well-understood, routine, or conventional at the time of Shrowty '259 to fill dummy regions located adjacent to clock nets last, in a dynamic fashion.  As both the Examiner and Shrowty '259 recognized, the conventional methodology at the time was to hardcode a fixed "stay-away" distance from or "exclusion zone" surrounding clock nets, and, if necessary, to manually adjust that for individual tiles that failed to meet the minimum interconnect density requirements for a particular process.  Based on my experience in semiconductor layout and design, I agree that the claimed inventions of Shrowty '259 were not, to the best of my knowledge, well-understood, routine, or conventional activity at the time of Shrowty '259.  This is true not only in an ordered combination of the elements, but also as an individual claim element. In particular, the de-prioritization of tiles adjacent to clock nets as locations suitable for dummy fill, as recited in element (b) of claims 1 and 18 and element (e) of claim 35, followed by insertion of metal where the metal closest to the clock nets is filled last as recited in claim 10 and element (e) of claim 35, was not, to the best of my knowledge, well-understood, routine, or conventional activity at the time of Shrowty '259, either on its own or in an ordered combination with the other elements of the independent claims.

**<u>Claim Charts</u>**

71.    I have reviewed the Complaint supported by this Declaration, along with the Claim Charts showing infringement by Lattice of Shrowty '259 (Exhibit B) and Cwynar '807 (Exhibit E).  For the reasons set forth below, I agree that the Claim Charts establish use of at least one of the methods recited by the respective claims of Shrowty '259 and Cwynar '807.

72.    I have used design tools from different vendors in my career. As a consultant, I use the tools to review schematics and layouts. Based on the requirements for the latest process technology nodes, and the yield requirements for these technologies, the latest fill tools are used by designers use timing-aware fill routines with minimum fill dimensions to meet timing as well as yield requirements simultaneously.  As I have done as a consultant, I can review either layouts post-fill or reverse engineering ("RE") of semiconductor die to confirm that these tools have been used to construct the layout or the die.

73.    From the RE of an integrated circuit, it can be seen that timing-aware fill routines that utilize minimum fill dimensions have been used in the layout for simultaneous optimization of the fill and timing requirements. The RE shows that the critical nets have been prioritized with regards to the placement, size, and orientation of fill for a given metal layer, in order to prevent, as much as possible, critical timing signal paths from degrading performance. This is obvious by inspection to one of skill in the art, such as myself, who can immediately see by eye that this was performed.

74.    In particular, based on my experience, information that a company is using a design tool suite—such as the Cadence Virtuoso and Innovus layout tools produced by Cadence Design Systems, and those produced by Synopsys or Siemens (formerly MentorGraphics)—indicates to me whether, from the layout of the produced devices and/or a detailed functional block diagram of the circuit in conjunction with the performance characteristics of that integrated circuit, that timing-aware dummy fill routines were used as recited in Shrowty '259 and that dummy fill with

a minimum dimension (which would have been selected based on the deposition bias of the dielectric layer to be placed on top) were used as recited in Cwynar '807.

75.     In particular, these layouts indicate visually, based on my experience in semiconductor layout and design, that dummy metal is laid out relative to clock nets as set forth in Shrowty '259, such that dummy regions are prioritized so that dummy fill is inserted last in dummy regions located adjacent to clock nets.  As explained in greater detail above, it is always necessary to identify the locations where dummy fill may be inserted before the fill is inserted. Likewise, these layouts also indicate visually that dummy metal is laid out until the desired interconnect density for a particular region is reached as set forth in Cwynar '807, such that each piece of dummy fill has a minimum lateral dimension based on the deposition bias of the dielectric layer deposited over the interconnect in order to facilitate planarization and uniformity during manufacturing.

76.     Even when the circuit layout is not available, the performance characteristics of modern integrated circuits, in combination with a detailed functional block diagram, allow me to determine whether timing-aware fill routines and/or minimum fill dimensions were used.  That is because timing-aware fill tools are widely used, and modern timing requirements and processing steps would be impractical (if not impossible) to meet without the use of such automated tools and variable-sized dummy fill with minimum fill dimensions.  In addition, modern integrated circuit processes, with lower technology nodes, are needed to implement these complicated, highly integrated SOCs, even when seen from a block diagram perspective, and based on my experience, timing-aware fill is a required step in order to achieve commercially viable yields, as is choosing minimum lateral fill dimensions based on the deposition bias of the dielectric layer deposited on top of the interconnect to avoid CMP defects.  Thus, in my experience, it can be assumed with a

high level of confidence that such tools are used to place fill in every complicated integrated circuit.

77.    Based on my experience in semiconductor design and layout, all layout design tools necessarily identify free space on each layer of the circuit design suitable for dummy metal insertion as part of the dummy fill insertion process.  In order for dummy fill to be inserted by such a tool, the locations suitable for insertion must first be identified and then designated as dummy regions.  Thus, the use of a layout tool to insert dummy fill necessarily includes, and presupposes, the identification of the locations where that fill is to be inserted, and it necessarily exists on a layer prior to insertion of dummy fill.  In other words, the existence of dummy fill on a metal layer, and its placement there by a layout design tool, indicates that free space suitable for insertion of the dummy fill was first identified and designated as an appropriate dummy region.

78.    In my experience, these tools operate by, among other things, maintaining a dummy region list for each tile in the design.  Without maintaining such a list for each tile, the layout tool would not be able to ensure that each tile met the minimum interconnect density or that no more fill would be added once the interconnect density requirement was met.

79.    Based on my experience in semiconductor design and layout, such lists are initialized by the layout design tool for each tile as a single rectangle corresponding to the outline of the tile.

80.    Such layout design tools also step through the design database and subtract the outline of each object found within the current tile from the dummy region on which it lies, as has been standard for such design tools for some time.  Likewise, such design tools, upon removing an object from the dummy region, partition the remaining area into sub-dummy regions, which are added to the dummy region list in place of the original dummy region containing an object.

81.     Based on my experience in semiconductor layout and design, timing-aware design tools, such as Cadence and Synopsys, at this point, will also store the wire width property as a parameter if that object has been identified / designated as a critical clock net wire, and then tag an edge of each dummy region located immediately adjacent to the clock net wire with a clock net edge property.  This is so that the layout design tool can distinguish clock nets (which have a greater impact on timing even compared to other signal nets) from other nets that are much more tolerant of (or don't affect) timing variance.

82.     Similarly, based on my experience in semiconductor design and layout, the use of step (b) of claim 1 of Shrowty '259 (and its dependent claims) is apparent to me from an examination of the circuit layout itself.  In particular, the clock nets and signal nets having dummy fill located further away and/or at lower densities as compared to power and ground nets or less critical nets indicates that the dummy regions were prioritized such that those located adjacent to critical clock nets were filled with dummy metal last in order to minimize the timing impact on clock nets. These critical nets can be determined by inspection of RE.

83.     Likewise, based on my experience in semiconductor design and layout, the use of the second step of claims 1 and 9 of Cwynar '807 (and their dependent claims) is also apparent to me from an examination of the circuit layout.  In particular, dummy fill with variable lateral dimensions and a minimum lateral dimension throughout a layout indicates that the lateral dimension of the dummy fill was bounded such that it would not be so small as to result in dishing or other defects during CMP.

84.     Based on my experience in using design tools for semiconductor layout and design, and my consulting work, which has included review and analysis of the results of engineers using these layout design tools, they operate in certain ways and all produce GDSII databases to create the physical chip, which is a required step.  They all operate substantially similarly with regard to

placement of dummy fill until the interconnect density in each tile meets what is necessary to satisfy the CMP/yield requirements during processing (and thus, facilitates uniformity of planarization and minimizes the likelihood of defects during manufacturing of the device) without adding unnecessary fill, whether in terms of density, dimension, or location near clock nets. In particular, at the very least, each of these tools maintains a dummy region list for each tile in the design and inserts dummy metal into a circuit design by identifying, as dummy regions, free space on each layer suitable for dummy metal insertion and then prioritizes the dummy regions such that those located adjacent to clock nets are filled with dummy metal last, in order to minimize the timing impact of dummy fill on the clock nets in order to produce a GDSII database for fabrication. The tools also likewise operate substantially similarly with regard to applying a minimum lateral feature dimension for dummy fill based on the deposition bias for the dielectric layer to be deposited over the interconnect layer.

85.    Even where reverse engineering of an integrated circuit is not available, my experience in semiconductor design and layout gives me sufficient basis to opine whether one or more of the methods claimed in Shrowty '259 and Cwynar '807 have likely been used in creating integrated circuits. In particular, for devices with high complexity, high speed requirements, and low tolerance for timing adjustments, it is highly likely that the dummy fill insertion was performed as recited by the Shrowty '259 and Cwynar '807 methods. In my experience, these methods are widely used in designing modern integrated circuits, and it has become standard practice in semiconductor layout and design, including through the use of layout design tools, to prioritize dummy regions such that dummy fill is inserted into dummy regions adjacent to clock nets only after all other dummy regions receive dummy fill, and to use variable-sized dummy fill to achieve a uniform density while bounding its minimum lateral dimension (based on the particular deposition bias of the dielectric layer to be deposited over the interconnect) so as to avoid dishing

during CMP, all while minimizing the parasitic capacitance caused by dummy fill.  Accordingly, I believe that I can determine the likelihood of such uses even without a reverse engineering of the physical chip layers from the circuit performance specifications in conjunction with other detailed information about the device design, such as a device functional block diagram and its labeling and/or associated specifications.

86.     By contrast, based on my experience, I would only assume that relatively simple IC designs would have been made in recent years without employing at least one of the methods claimed in Shrowty '259 or Cwynar '807, where the fill requirement can be achieved through a manual process for small die and/or the features are all sufficiently large that the dummy fill lateral dimension will not be small enough to cause dishing during planarization when the dielectric layer is deposited on top of the interconnect.

87.     The Cadence paper "New Metal Fill Considerations for Nanometer Technologies" demonstrates several things. First, the use of the word "new" is justified in that it is a new approach, as documented here. Secondly, it evidences that the Cadence tool suite is used for timing-aware driven decisions regarding the addition of dummy fill to the layout. The paper is evidence of the tool support for the principles discussed in the independent claims of Shrowty '259, particularly the dummy fill insertion phase.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  September 21, 2022

_____
Lloyd Linder

31

# EXHIBIT 1

cell 818.632.9660
lflinder@yahoo.com
09/22/2021

# Lloyd F. Linder

**Skills summary**

Extensive experience in high performance / high dynamic range analog mixed signal, custom digital, and RF integrated circuit design, layout, and test, from concept to production for commercial, military, and space IC products. Have knowledge of IC process development, characterization, and modeling. Have significant amount of experience in obtaining new military, space, and commercial IC business, as well as obtaining funding for start-up activities. Technical oversight for large IC design teams (20-40 people). Have ability to contribute creatively to the solution of difficult technical problems. Have 99 U.S. patents issued with twenty U.S. patents pending. Have 200-300 issued international patents. Have experience at the discrete analog / RF / mixed signal board level design and layout, system analysis, link budget analysis.

Specialties:

IP analysis / technical due diligence for M&A

IP portfolio management and creative contribution to new IP generation

Prior art searches and technical support for patent office action amendments

Perform simulations, review IP, and provide expertise in support of patent litigation

System Design/Architecture/Analysis/Block Specifications

New business development/capture

Winning proposals for small (SBIR Phase I and II) and large businesses

Product road maps

VC funding pursuits

Technical due diligence for VCs, angel investors, and M&A

IP creation and protection

Client deposition

Technical lead for IC design groups and product development

AMS/RFIC Design Chip/Circuit/System Architect

High speed, high performance ADC, Sample/Hold, ADC drvier amplifier, and DAC architectures

RF/AMS/SOC BIST/DFT architectures and methodologies

PLL and DDS

Digitally programmable RF transceivers/SDR/GPS/cellular/wireless transceiver architectures

RF TxRx, optical TxRx, modulator driver, LDD, TIA

Flash Ladar, active/passive imaging ROIC

regulators, high voltage/high current switches, ATE electronics

SiGe BiCMOS, CMOS, SOI, bipolar, Complementary bipolar, GaAs, InP

Digital beamforming

Cadence tools - schematic capture, SPECTRE, layout review

Solutions to production problems

Secret clearance

**Objective**
Looking for consulting opportunities to utilize my experience and provide technical leadership in all aspects of analog / mixed signal / RF integrated circuit and discrete circuit design: architectural conception, design, simulation, layout, test, and measurement / simulation correlation.

**Experience**
April 2006 – Present
**Lloyd Linder Consulting**
**Consultant**
Black Forest Engineering / Luminar Colorado Springs, CO.
- Architecture development for next generation automotive lidar ROIC

Strategic IP Initiatives Inc.        Morgan Hill, CA.
- Review of patent portfolio for PIC applications in SFP optical modules

GreyB Service Pte Ltd          Shaw Centre, Singapore.
- Provide expertise for many different invalidity cases for many different clients

Upwork               Santa Clara, CA.
- Technical writer for application notes and VNA user's guide

Symatec Inc.             Newington, CT.
- Consult on ROICs for SBIR proposals

Kenney&Sams, P.C.          Boston, MA.
- Expert witness in software defined radio development case

Microchip Technology Inc.        Burnaby, Canada
- Participated in ADC architecture study for 28 and 56 GBps SERDES products.
- Did webinar for world-wide IC design staff on ADC design issues.

ElevATE Semiconductor        Carlsbad, CA.
- Write white paper on ATE products.

GoodIP GmbH             Munich, Germany
- Review and analysis of GaN and LED patent portfolio for potential acquisition.
- Spoke as the GaN / LED IP expert at webinar to discuss IP auction.

Nevada Nanosystems Inc.        Reno, NV.
- Review and analysis of ASIC architecture and requirements in support of MEMS control circuitry. Evaluate IC design houses in the down-select process.

Axzon Inc.              Austin, TX.
- Contribute to the analysis and review of CMOS transceiver architecture for UHF RFID reader.

Microcosm Inc.            Torrance, CA.
- Architect the discrete RF transceiver and analog base band signal processing solution for digital beamformer. Develop packaging concepts for the beamfomer and interface to the antenna elements.

Otava Inc.              Moorestown, NJ.
- Contribute to the definition of overall transceiver and circuit architectures for 5G beam formimg solution for 28-40 GHz 5G applications.

Analog Circuit Works         Boston, Mass.
- Review of specification for fiber optic SOC application. Contribute to system level analysis and architecture.

Second Sight Medical         Sylmar, CA.

- Debug of current eyewear for blind people. Contribute to reduction of noise and coherent spurs in current product.

Linear Microsystems                    Irvine, CA.

- Architect for high volume SOC for VR headset application. System analysis for SOC proposal for fiber optic communications applications.

Teqnovations                           Colorado Springs, CO.

- System level architect for receiver for phased array radar applications.

Analog Devices Inc.                    Colorado Springs, CO.

- Work with design team on a DAC buffer IC to improve performance in the lab and remove oscillation. Review existing architecture for redesign and developed new architecture.

Facebook                               Woodland Hills, CA.

- Schematic and board layout reviews of electronics for flight system

GHB Intellect                          San Diego, CA.

- Review of Patent claims for client for multiple issued patents in the wireless communications area.

BINJ Labs                              Scituate, MA.

- Definition of top level Software Defined Radio architecture for wide band operation. Work with board development effort and SDR development company.

Sentinel Monitoring Systems Inc.       Tucson, AZ.

- Schematic review of high speed data converter and timing board schematic.

FlexPowerControl                       Woodland Hills, CA.

- Consultation on system level requirements document in-home energy control product development. Develop IP for the company.

SpectraResearch                        Dayton, OH.

- Consultation on integration considerations for discrete X-band and Ka / Ku-band transponder architecture for SWAP-C improvements.

McKool Smith                           Dallas, TX.

- Perform simulations of IP for RFIC receiver, and provide expert opinion for patent litigation in a report for case :2:15-cv-00011-JRGRSP in the United States District Court for the Eastern District of Texas.

Quantum Semiconductor LLC             San Jose, CA.

- Consultation on architecture and simulations for proprietary ADC architecture.

Maven Research                         San Francisco, CA.

- Consultation on use of design house by third party for products.

Faraday Technology Corporations        Santa Clara, CA.

- Review of third party transceiver RFIC schematic design, layout, and testability.

Irunway                                Dallas, TX.

- Review of IP for legal firm in patent litigation. Simulation of IP for transceiver RFIC. Simulation results included in expert report.

Alphacore Inc.                         Phoenix, AZ.

- Architecture review and enhancements of high speed CMOS ADC and visible monolithic imaging chips. Develop DROIC architectures for SBIR proposal pursuits.

Brady Worldwide Inc.                   Milwaukee, WI.

- IP review of start-up for potential investment / acquisition. Develop sensitivity analysis for present products and future CMOS technology scaling.

InPhi Corporation                      Westlake Village, CA.

- Review and contribute to architecture refinements for single channel and multi-channel EAM drivers for 2 level and 4 level PAM. Perform architecture study for low power EAM driver.

DRS RSTA Inc.                          Cypress, CA.

- Help with EDA methodology for AMS design for ROICs.

Ridgetop Group                        Tuscon, AZ

- Architected wide band RF front end for multiple current SBIR proposals.

Space Micro                           San Diego, CA

- Review of 0.18 μm CMOS quadrature DAC design and layout.

Teradyne                              Agoura Hills, CA

- Analog DFT / BIST / testability architect for 40 nm CMOS SOC for next generation Teradyne tester. Architect transistor level circuit solutions for power supply IC for DUT testing. Investigate high voltage CMOS and complementary bipolar process technologies for internal design development with unique current clamping architecture. Define baseline circuit topology and perform simulations.

Lockheed Martin                       Moorestown, New Jersey

                                      Littleton, Colorado

                                      Deer Creek, Colorado

- Involved in high voltage driver IC development for GaN PA.

- Involved in architecture development and review of wide band band receiver integrated circuits from DC to Ka / Ku in SiGe.

- Involved in overall ADC architecture development and definition, and transistor level circuit architectures, for next generation RFIC transceivers and data converters. Architect of next generation transceiver architectures for SOC / heterogeneous applications.  Involved in study for government customer of data converter architectures for next generation digital beam forming applications. Architecture review and development for high voltage analog driver array. Involved in architecture for multiple receiver RFIC developments for S, C, and Ka bands.

HRL                                   Malibu, CA

- Perform market survey of component technologies for multi-mode, multi-mode commercial software defined radio applications. Summarize capability for data converters, front end modules, antennas, transceivers, and base band processors. Compare the available technology to an architecture based on custom chip development for the solution.

Micrel                                San Jose, CA

- Involved in the testing, debug, and redesign of a 65 nm CMOS 2.4 G / 5 G WiFi transceiver product. Provide technical guidance for redesign of RF front end and the 2.4 G / 5 G LO clock distribution.

Key2Mobile                            Westlake Village, CA

- Developed RF transceiver concepts for multi-band, multi-mode remote radio head system. This is included transceiver architectures based on digital beam-forming and direct RF sampling and direct RF synthesis data converters.

Hittite Microwave                     Colorado Springs, CO

- Consultant on the architecture for the high dynamic range, high speed IBM SiGe 8HP BiCMOS DAC and complementary bipolar ADC driver amplifier products for the cellular base station market.

Semtech                               Redondo Beach, CA

- Technical consultant on IBM SiGe 8HP BiCMOS interleaver IC and IBM 32 nm SOI monolithic coherent detection transceiver SOC for 100G coherent optical detection systems. Involved at the architectural level for the SOI interleaver, 8

bit, 64 GSPS ADC, and 8 bit 64 GSPS DAC circuits, and overall system calibration.

- Developed concepts for 10-12 bit, 4-8 GSPS ADC architectures for digital array radar and digital beam-forming applications, as well as high performance sample and hold architecture for military applications.

FBI                                         Westwood, CA

- Technical consultant on matters of national security. Awarded medal for service to the country.

Nu-Trek Inc.                                San Diego, CA

- Developed an RF BIST architecture for characterization of a RF transceiver. Helped the company win Air Force Phase I and Phase II awards.

- Involved with test evaluation of pipeline ADC for cryogenic applications, L1 / L2 band GPS receiver, and Universal Reliability SOC development for lifetime testing of X-Band and L-Band transceivers.

- Responsible for the development of the company's product roadmaps.

- Contributed to SBIR and STTR proposals on nonlinear coupled oscillators for active array applications, active sonar signal processing, high dynamic range ADC, GPS, RFIC transceivers, RIICs, and ROICs. Involved in testing of ADCs for ROICs, and architecture development for RF BIST.

FLIR Electro-Optical Components             Ventura, CA

- Technical lead for the development on ROIC architectures for NASA, Navy, Air Force, MDA, and Army SBIR Phase I and Phase II programs. Development of novel active and passive unit cell architectures.

SYS Technologies / Kratos Defense           San Diego, CA

- Review of SiGe BiCMOS class E power amplifier design to improve reliability of operation. Reviewed circuit, simulation results, test results (dynamic and DC), and performed thermal analysis based on self-heating.

- Review of schematic and layout for small form factor PCB that contains GPS transceiver RFIC and companion digital ASIC. Review of schematic and layout for PLL, IF / baseband test chip evaluation boards. Suggestions for characterization / test debug.

- Review Transmitter and Receiver schematics and block layouts of GPS transceiver IC in IBM 7HP 0.18 μm SiGe BiCMOS for redesign effort. Review of improved receiver IC design.

- Review of test results for the evaluation board and suggestions for characterization and debug. Review of board design and layout revisions for improved electrical and thermal drift performance for successful demo. Help with board yield and manufacturing issues.

Aerius Photonics LLC                        Ventura, CA

- Technical lead for STTR Phase I ROIC circuit design partner.

- Developed ROIC architectures for laser vibrometer SBIR Phase I proposal.

LinearChip Inc.                             Aliso Viejo, CA

- Developed complete single chip CMOS 802.11 a/b/g/n/ac transceiver architecture, with on-chip T/R switch, for proposal to commercial test equipment house.

- Developed CMOS MSK transmitter for patient temperature monitor and medical equipment tracking ASIC. Developed overall quadrature transmitter architecture, circuit topologies for the DAC, active filter, quadrature mixer, power amplifier, and temperature stabilized reference oscillator. Performed noise / distortion budgets, duty-cycled power calculations for extended battery life, determined PLL phase noise requirements, and defined the circuit block specifications.

Technical lead for the circuit simulations in XFAB XH018 0.18μm CMOS RF process.

- Participating in pursuit of new IC design business. Development of PHEMT TIA gain block concept, satellite receiver / de-multiplexer architecture, CMOS and SiGe RF receiver architectures, and CMOS analog AFE for hand-held controller for telescope, including 16 bit audio DAC architecture. Involved with multiple RFIC proposals for military and commercial applications. Developed multi-channel AM/FM receiver for location positioning application.

- Developed unique TIA / AGC / output amp circuit concept for cable TV over fiber market based on JAZZ 0.18μm SBCH18XL SiGe BiCMOS process.

- Review of battery charger circuit architectures for XFAB XC06 0.6 μm CMOS IC. Architecture suggestions for capacitor charging loop and low battery indicator circuit.

Wistron Corporation                    Taipei, Taiwan

- Contributed to discrete quadrature receiver architecture for a new module business proposal to DirectTV.

- Involved with review of existing ODU L-Band module specifications, and application to new digital L-Band module. Contribute to the definition of ASIC requirements and discrete component requirements for new ODU architecture.

Arete Associates                    Sherman Oaks, CA

- Phase I and internal IRAD programs for advanced TIA architecture development for high speed laser pulse return processing.

- Review of schematics, simulation results, and layout floor plan, and layout for a 64 channel TIA / OTA wavelength converter in IBM 5HPE 0.5μm SiGe BiCMOS. Function is to receive 1 ns laser pulse and provide linear gain for retransmission. Made suggestions for additional simulations for design robustness and concerns, as well as improved performance based on layout changes. Also made layout suggestions for improved isolation and performance.

- Developing unique 3D FPA and digitally programmable ROIC pixel unit cell architectures for inclusion in STTR proposal.

- Review of 2 TIA input / 128 channel output VCSEL driver, 2 GHz pulsed sampling IC in IBM 7WL 0.18 μm SiGe BiCMOS.

Raytheon Corp.                    Dallas, Tx. / El Segundo, CA

- Involved in the development of 40 GSPS ADC architecture in 32 nm IBM SOI.

- Involved in development of on-chip mechanical stress measurement circuit for thermal imaging sensor IC in IBM 9SF 90 nm CMOS process. Submitted patent disclosure on stress sensor circuit. Reviewed the pixel circuit design and the overall ROIC circuitry and timing.

- Participated in winning MDREX proposal effort to AFRL to develop high performance 10 bit, 2.2 GSPS ADC, 14 bit, 3 GSPS DDS, and 1:4 DMUX ICs in IBM 8HP 0.12μm SiGe BiCMOS, and integrate these functions with 8HP receiver and transmitter circuits developed by AFRL, as well as 8HP bias and control circuits developed by Raytheon. Involved with Phase I kick-off meeting.

- Participate in SBIR proposals development with partners Nu-Trek and Crossfield. Developed design methodology for CMOS GPS SOC integration. Developed sub-threshold CMOS RF circuits for low power GPS receiver concept. Generated phase adjust circuit for RF clock distribution for antenna array electronics, and submitted patent disclosure. Contributed write-up on high speed, high performance DAC topologies for DDS proposals. 1 Phase I SBIR proposal awarded.

- Schematic and layout review of IBM 7HP 0.18µm SiGe BiCMOS digital control and bias regulation circuits for MMIC common leg circuit. Reviewed regulator loading problems, solutions, and simulation results. Made simulation recommendations for verification of design robustness. Reviewed metal mask fixes.

- Review of test data, process parameters, and circuit design for production HRL G1.5 2µm InP band-pass Σ-Δ IC for yield enhancement. Developed vendor RFQ for multi-phase IC redesign effort.

- Involved in metal mask effort for 14 bit, 3 GSPS DDS / DAC IC in IBM 7HP 0.18µm SiGe BiCMOS through the Trusted Foundry program. Contributed to design, layout changes in the high speed digital DLL section to improve performance for higher clock applications. Documented circuit design limitations for future redesign for clock rate enhancement.

- Analyzing test data, PCM data for the metal mask DDS chip. Correlate sensitivity of test results to process parameters, and simulation results, to improve yield on future fabrications. Investigate design improvements for possible new mask set. Provide suggestions for performance improvements at the board level. Involved in improvements of the DLL section for next all-layer mask release.

- Member of team analyzing radiation induced latch-up effects in commercially available data converter for space application. Involved in focused laser beam testing to create single events in the converter. Analyzing radiation data, reliability data, and design guides for end-of-life DC power estimates for ICs designed in NS 0.8µm ABIC-IV BiCMOS, MAXIM GST-1 bipolar, IBM 5SF CMOS, and Honeywell HX3000 SOI.

- Review of link budget and block performance for IF and base-band ICs implementing high dynamic range receiver, including IF amp, mixer, VGA / attenuator, and ADC driver amp in IBM 5HPE 0.5µm SiGe BiCMOS. Made architectural suggestions for improved performance. Reviewed test results, and made suggestions for debug.

- Design review of IBM 5HPE 0.5µm SiGe BiCMOS IF receiver ASIC including mixer, gain control amp, and ADC buffer amplifier. Review of measurements for test circuits.

- Jitter analysis for ADC module clock path using divider circuits.

- Design reviews of IBM 5DM 0.5µm SiGe BiCMOS L1 / L2 GPS dual channel receiver IC: LNA1, LNA2, RF amp, RF mixer, IF mixer / AGC, gain calibration loop, baseband amp, PLL, and ADC. Defined layout floor plan, channel layout isolation techniques, and package requirements to meet isolation requirements. Reviewed final GPS receiver layout and developed plan for simulation of layout, package, and external component parasitics. Contributed to correlation of test results. Review of socketed test board layout.

- Review of quad channel IQ detector hybrid design and layout. Made suggestions for debugging of existing hybrid oscillation and improved performance. Review of TI BiCOM-2 0.7µm CBiCMOS IQ IC performance and correlation to hybrid measurement.

- Review of simulations and test results for IBM 8HP 0.12µm SiGe BiCMOS millimeter wave transceiver chipset module performance from outside vendor.

- Review of M/N PLL hybrid design. Review of TI BiCOM-2 0.7 µm CBiCMOS M/N PLL IC performance and correlation to hybrid measurement.

- Performed BOL and EOL noise analysis to estimate the jitter of on-chip clock receiver circuits for the SPT7760 ADC IC based on the MAXIM GST-1 process parameters, and off-chip COTS components for satellite application.

Menara Networks                          Irvine, CA

- Reviewed schematics and simulation results for high frequency, multi-GHz active RF low pass filter in JAZZ SBC18HXL 0.18μm SiGe BiCMOS. Involved in top level layout review of first generation EDC IC.

- Contributing to the development of Nyquist 10 GSPS sample / hold circuit, for hold mode feed-through reduction, low distortion, and low power. Contributed to the DC AGC circuit to generate coefficients for Gilbert multiplier as well as developed a new summing circuit for the sampled signals in the analog sampled FIR filter. Involved in solving layout-induced performance problems.

- Involved in the clock distribution architecture and feedback loop to reduce DC offset effects on zero crossing. Review of regulator circuit power-up issues. Created new ADC-based residue architecture to generate the appropriate transfer function for a phase detector circuit for consideration on a higher performance, lower power version of the existing Fiber Optic Receiver IC in JAZZ SBC18HXL 0.18μm SiGe BiCMOS.

- Preliminary review of third party design of 10 Gb/sec CDR PLL schematic blocks for SOC application in STM 0.13μm SiGe BiCMOS. Reviewed metal mask circuit design changes.

MOSIS / ISI                              Marina del Rey, CA

- Review of MOSIS website. Provide report consisting of ways to improve technical and business information on the website, as well as customer support. Used client questionnaire to provide additional insight into website, technical information, customer service and support.

Tangea Semiconductor                     Manhattan Beach, CA

- Participated in business plan development, facility requirements, engineering manpower requirements, technical concepts, and potential investor meetings.

Technoconcepts Inc. / Terocelo          Van Nuys, CA

- Involved in the design, development, and review of RF receiver and transmitter ICs for multi-band, multi-mode applications using JAZZ SBC18HXL 0.18 μm SiGe BiCMOS. Versions of the Receiver IC include RF VGA, mixer, RZ (Return-to-Zero) and NRZ (non-Return-to-Zero)  6 GSPS 1 bit $\Sigma$-$\Delta$ ADC, with 2 feedback DAC and 3 feedback DAC versions, PLL, 1:16 DMUX, and base band decimation and filtering. Activities include circuit-level architectures to improve existing performance, schematic and simulation reviews, top level layout floor-planning, layout review, and evaluation board review.

- Involved in testing and correlation of packaged part performance, to simulation, for noise density, harmonic distortion, and intermodulation distortion products. Involved in architecture improvements and enhancements, based on test results, for a metal mask effort. Improvements include extension of VGA architecture to extend the input 1 dB compression point, IIP3, and bandwidth. Added provision to sample very low input frequencies. Improved the dynamic range of the transconductance amplifiers in the modulator. Added dither DAC at the comparator input to improve idle tone performance. Extended the dynamic range of the present RZ $\Sigma$-$\Delta$ design. Improved the DAC settling and noise response. Added an LNA, and a single-ended to differential converter to interface to the existing VGA.

- Development and layout of test chips for the TSMC 90nm CRN90LP CMOS RF process. Designs include single-ended, wideband and tuned versions of high IIP3 LNA architectures using novel distortion cancellation techniques for operation in the 1- 6 GHz frequency bands. Also developing versions of a 1.8V bidirectional, tri-stated CMOS / LVDS I/O driver with resistive and active back terminations,

and a single input, multi-band, multiple output, switched / tuned RF front end. Involved with CASCADE probing, and correlation to simulation results.

- Development of a wide-band, software defined, multi-band, multi-mode, receiver chip for the TSMC 65nm CRN65GP mixed signal / RF process. Architected the circuits for the wideband LNA with novel AGC and attenuator, the RF DMUX / on-chip RF filter bank, the RF MUX / single-ended-to-differential converter, the quadrature mixer with AGC, RSSI log amp, and the programmable base-band filters. All the RF blocks utilize IM3 cancellation. Target services include AM, FM, DTR, DTV, WiFi, and WiMAX for automotive application for Japanese customer. Involved in the link budget analysis, block specifications, and the requirements for the associated base band ADC and PLLs for the high band LO, low band LO, and ADC LO ICs. Also proposed this architecture for NSF proposal in order to obtain additional development funding.

- Involved in the design, layout, and review of customer demonstration board, based on existing transceiver chipset, for WiMAX applications, using Picochip base-band processor.

- Developing transceiver architecture concepts for multi-service / simultaneous /switched reception off of single multi-band antenna, diversity, and MIMO with self-calibration. Developed low power architecture for multi-service receiver summing into single ADC. Developed transmit / receive architecture for multi-band, multi-mode military radio. Architectures are baseline for new business opportunities.

- Developed IBM 0.12μm 8HP SiGe BiCMOS low power LNA topologies for 10-20 GHz for SBIR proposal. Developed RF interference cancellation architecture for SBIR proposal.

Red Dot Wireless                              Milpitas, CA

- Performed transceiver architecture study for TD-SCDMA / EVDO / WiFi / MIMO WiMAX application. Involved in presentations to investors.

Ubidyne                                       Ulm, Germany

- Schematic, simulation, and layout review of IHP SG25H1 SiGe BiCMOS S1.0 Receiver RFIC. Review of characterization test results.

- Schematic, simulation, and layout review of JAZZ SBCH18XL SiGe BiCMOS S2.0 receiver, transmitter, and PA driver IC designs. Schematic and layout review of Toshiba 90nm CMOS high speed custom digital IC design.

- Review of test data and circuit design for S2.0 receiver to determine yield issues.

Dynamic Research Corporation        San Diego, CA

- Review of existing top level IC issues and proposed packaging approach for GPS transceiver in IBM 7HP 0.18 μm SiGe BiCMOS.

Q3Web Wideband Wireless Inc.        Harbor City, CA

- Constructed white paper on the development of IP libraries in the IBM CMOS and SiGe BiCMOS technologies for use by military contractors. Being submitted to government for funding consideration.


August 2009 – May 2011        Aerius Photonics                    Ventura, CA.

**Senior Systems Engineer**

- Directly responsible for winning new SBIR business for ROIC development. Captured $2.6M of ROIC development money. Have written multiple winning proposals for Army, Navy, MDA, NASA, Air Force, and NSF SBIR Phase I efforts. Have won Navy and ARMY Phase II efforts. Additionally, supported other proposal wins for other technology developments.

- Responsible for the development of new and novel circuit concepts for CMOS and SiGe BiCMOS passive and active imaging ROICs. Have found and engaged ROIC design partnerships. Involved in new business development.

- Have defined ROIC specifications and system requirements in conjunction with BALL Aerospace, Sensor Creations, Raytheon, BAE Systems, Arete and Associates, Tetravue, IDEO, Microvision, Velodyne, and other military and commercial contract partners.

- Technical lead for the conceptual phases of the following ROIC developments: JAZZ SBC35 ROIC for laser vibrometry, ON Semiconductor C5 0.5μm ROIC for 3-D FLASH LADAR for beach zone / surf zone applications, ON Semiconductor C5 0.5μm CMOS ROIC for dual well application (patent pending), JAZZ SBC18 CMOS monolithic imaging ROIC with integrated SiGe APD, and ON Semiconductor 0.18μm CMOS 1920 X 1080 SWIR ROIC.

- Contributed to the development of new laser range finder receiver architecture with unique time programmable gain.

- Developed digitally programmable pixel architecture and specifications for linear direct / coherent detect ROIC for STTR Phase I effort.

- Technical lead in development of single pixel discrete board level customer demo for STTR Phase I LADAR application, and board developments for: 10 Gb/second hexagonal InGaAs detector array, custom ROSA and CDR, 4 X 4 array with fan-out electronics in support of sub-ns laser returns, and new laser range finder receiver.

April 2008- January 2009        Menara Networks                                    Irvine, CA
**Director of ASIC Development**

- Involved in simulations of existing Electronic Dispersion Compensation (EDC) IC to correlate to measured performance to define metal mask effort for JAZZ SBC18HXL 0.18μm SiGe BiCMOS IC. Helped define testing for chip characterization.

- Patent application on interleaved FIR with unique sample / hold for extended high dynamic range over previous implementations.

- Contributed to architectural improvements for low power version of EDC IC in IBM 8HP 0.13 μm SiGe BiCMOS.

- Performed simulation trade-off study to compare circuit performance for transmitter application in TSMC CMN65LP 65 nm CMOS, IBM 10LPE 65 nm CMOS, and IBM 8HP 0.12μm SiGe BiCMOS.

- Simulation and design of transmitter pre-driver and output driver for quad 10 Gb/s transceiver with integrated EFEC in IBM 10LPE 65 nm CMOS.

- Simulated low power EML driver concept in IBM 8HP 0.12μm SiGe BiCMOS.

- Involved in the investigation and development of new architectures in support of 100 Gbit/s optical links.

- Review of board schematics and layouts for EDC IC evaluation board, OTN XFP module, and OTN 300 pin module.

February 2002- April 2006        TelASIC Communications                El Segundo, CA
**Director of Technology / Founder**

- Technical lead for next generation single supply (+5V) data converter ICs in IBM 0.5 μm 5AM SiGe BiCMOS: RF sampling 10 bit, 1 GSPS ADC, on-chip sample / hold, and up-converter IC with integrated 14 bit, 1 GSPS DAC, IF amplifier / mixer. Developed self-heating error correction for quantizer preamp.

- Technical lead for new business pursuits in military and commercial integrated circuits. These included RF handset transceivers, spot BTS, fiber optics, analog transmit cancellation receiver for Gigabit Ethernet, automotive radar, data converters, sample / hold, FPA imaging sensor readout, and arbitrary waveform generators. Technical lead in new business pursuits in board-level DPD-based transceivers based on COTS components. Involved in proposals with Raytheon for DARPA programs, including RHBD (Rad Hard by Design) and Team Phase II.

- Technical advisor for the conception, development, and commercial production of the TC2412 14 bit, 737 MSPS DAC IC and TC1412 14 bit, 250 MSPS ADC IC in IBM 5AM (data sheets available at www.telasic.com/website/products). Architectural contributor to base station transceiver chipset concept. Data converter IC products are being sold to PMC for the NTT DoCoMo base station market. Involved in development of IBIS models of DAC and ADC IC for customer board level simulations.

- Technical contributions to various IC designs including IBM 5AM ADC driver amps, Re-sampler, IBM 7HP test chips, including sample / hold, amplifier, mixer, ring oscillator, and 14 bit, 3 GSPS DDS. IBM 8T chips including re-sampler and 3 bit / 40 GSPS sample / hold / Quantizer / DAC.

- First version of the ADC IC developed, TC1411, received analogZone 2003 Product of the Year Award.

- Involved in business plan development, process to obtain first round of funding.

- Performed technical due diligence on potential new investments for venture fund.

| 1999– February 2002 | Raytheon Advanced Products | El Segundo, CA |

**Engineering Fellow**

- Technical lead for new business pursuits in military / commercial ICs, working with organizations across the company. Programs won include: SIMBAW, TEAM, ADRT, ULTRACOMM, ACN, 3D Flash Ladar image sensor, and APLA.

- Involved in FPA multi-sampling ROIC developments in AMI 0.5μm CMOS: 10 X 10, 64 X 48 arrays. Unit cell development in IBM 0.13 μm CMOS for 256 X 256 array. Developed fan-out concept to maintain small cell pitch while allowing for multi-sampling analog architecture. Evolved multi-sampling concepts for programmable sample time stamp and number of samples.

- Technical advisor for integrated circuit development across Raytheon. This includes design review / debug of existing IC developments.

- Involved in the design and development of data converters, IBM 5HP IF sampling Band-pass $\Sigma$-$\Delta$, compact DDS, and RF transceivers for the military and commercial markets. Circuit concepts include fast frequency hopping PLLs, active biquad filters, and a sine weighted DAC.

- Developed Tondelayo 802.11a half duplex transceiver chipset in IBM 5HP for start-up (Systemonic) acquired by Philips. The transceiver demonstrated 802.11a frequency bands in the 5- 6 GHz frequency range using a PCMCIA format.

- Technical contributor to conversion of 0.6μm to 0.5μm NS CMOS for 14 bit, 10 MSPS radiation hard, algorithmic ADC. Involved in design and review process.

- Cooperative effort with LUCENT for next generation design improvements and completed plastic / ceramic package performance evaluation trade-off of CSP1152A CMOS 14 bit, 65 MSPS ADC for Sirius radio application.

- Technical evaluator for BOEING 0.35μm CMOS 1.0625 Gbit/sec Multi-channel Fibre Channel Transceiver for Raytheon AESA application. Contributed to

design reviews, layout reviews, design changes / iterations, suggested simulations to run, and evaluated test results.

- Developed concepts for the integration and packaging of RF MEMS devices with integrated circuits. Circuit architectures included RF front ends with tunable capacitors, tunable RF band-pass and notch filters, as well as active MUX circuits for frequency hopping between filters.

1993–1999                          Hughes Communications Products    El Segundo, CA
**Senior Staff Engineer / Senior Scientist**

- Technical lead of the development ICs for the Digital Receiver Program. This included NS ABIC-IV 0.8μm BiCMOS ICs with the following functions: LNA, mixer, LO driver, DAGC, fractional frequency hopping low phase noise PLL, IF amplifier, video amplifier, serial interface, log detection / blanking, and control logic, and a LUCENT CBIC-V2 summing amplifier IC. Involved in the packaging and test of plastic packaged parts. Digital Receiver board contained 2 chip UHF receiver, single chip GPS receiver IC, and master PLL IC.

- Technical lead for research and development of RF and analog ICs in CMOS, Hughes NB SOS / SOI, silicon (NS ABIC-IV, V, MAXIM SHPi), and IBM SiGe bipolar / BiCMOS process technologies. Functions included LNAs, RF LNA, mixer, VCO, ring oscillator, video amplifier, IF amplifier, sample / hold, high speed 10 bit ECL-to-CMOS translator / latch, 12 bit DAC, and LP $\Sigma$-$\Delta$.

- Development of AM / FM LNAs in IC Delco 1.2μm CMOS for automotive radio.

- Involved in the chipset development for NS for the 1.0625 Gbit/sec ANSI X3T11 8B/10B standard using ABIC-IV process. Involved in laser diode driver, TZA, SIPO, PISO, Transceiver ICs.

- Involved with process development / modeling for CMOS, SOS, and silicon / SiGe BiCMOS process technologies.

- Team member of the NS ABIC-IV ADC chip development based on requirements for the ICO satellite system

- Involved in the debug, characterization, and production of hybrids and modules for airborne radar and AMRAAM missile applications.

1991–1993                          Radar Systems Group, Hughes Aircraft  El Segundo, CA
**Staff Engineer**

- Lead the IC development of high performance data converter components including sample / hold, summing amplifier, timing generator, band-gap, ADC reference amplifier, video amplifier, DAC, flash quantizers, and buffer amplifier in LUCENT CBIC-U / U2 and MAXIM SHPi and CPi processes.

- Involved in the development of mixer ICs for high dynamic range radar using HRL InP, AlGaAs, and Litton and Hughes D-MESFET technologies.

Fall Semester 1990                  Electrophysics Department, USC      Los Angeles, CA
**Lecturer**

- Taught EE448, Senior Electronics. Generated syllabus, created homework problems, tests, and solutions. Handed out final grades.

1986–1991                          Radar Systems Group, Hughes Aircraft  El Segundo, CA
**Member of Technical Staff**

- Involved in the design of components for high performance data converters.

- Contributed to the design of high dynamic range buffer amplifiers, sample / holds, integrators, and gain stages in Hughes 2 μm CBiCMOS, Fairchild 1.25 μm Fast-Z Fineline, and NS Aspect-II, Aspect-III, and ABIC-IV.
- Designed 2 bit adaptive threshold ADC IC in ORBIT 2μm CMOS for EPLRS radio.
- Contributed to architecture for Hughes NB 2 μm CMOS gate array ASIC.
- Involved with process development / modeling for bipolar, complementary bipolar, CMOS, BiCMOS, CBiCMOS.
- Generated analog tile array for the Hughes Carlsbad CBiCMOS process.

July 1985–1986                    Radar Systems Group, Hughes Aircraft El Segundo, CA
**Member of Technical Staff**

- Involved in design of high speed digital ICs for the VHSIC (Very High Speed Integrated Circuit) program using Fairchild Fast-Z Fineline 1.25μm bipolar.
- Involved in design of high speed 64 X 16, 124 X 24, and 1K X 24 SRAM ICs.
- Contributed to the merged junction bipolar SPICE model.
- Designed current mode logic for UHSBL (Ultra High Speed Bipolar Logic) cell library in NS Aspect-III. Cells used in high speed MUX, DMUX, and DDS ICs.
- Developed digital IC architectures for high speed radar signal processing.

**Education**          1980-1985                UCLA                        Westwood, CA
- BS Electrical Engineering Summa Cum Laude, Phi Beta Kappa
- UCLA's Most Outstanding Senior Electrical  Engineering Student

1985-1987                UCLA                        Westwood, CA
- MS Electrical Engineering

1987-1989                USC                         Los Angeles, CA
- Engineer's Degree Electrical Engineering

1990-Present             USC                         Los Angeles, CA
- PHD Candidate under the advisement of Prof. John Choma Jr.
- Completed Thesis: "Nonlinear Error Correction for the Bipolar Canonic Cells."
- Designed, fabricated, and DC wafer probed amplifier circuits in MAXIM SHPi bipolar process to verify theory developed.

**Publications**       - M. Chambers and L. Linder, "A Precision Monolithic Sample- And-Hold for Video Analog-to-Digital Converters," ISSCC Feb. 1991.
- B. Felder, et al., "A Low Noise 13 Bit 10 MSPS ADC Hybrid with High Dynamic Range," GOMAC 1994.
- W. Cheng, et al., "A 3 Bit, 40GSPS ADC- DAC in 0.12μm SiGe," ISSCC Feb. 2004.
- O. Panfilov, et al., "Direct Conversion Transceivers as a Promising Solution for Building Future Ad-hoc Networks," International Conference on Next Generation Tele-traffic and Wired / Wireless Advanced Networking September 2007.
- O. Panfilov, et al., "Test Results of the Direct Conversion Transceiver Demo Board", November 2007 SDR Forum Technical Conference.

- O. Panfilov, et al., "Overcoming Challenges of Direct Conversion Software Radio," *IEEE International Design and Test Workshop December 2007.*
- A. Varghese and L.F. Linder, "Software Defined Radios for Wireless Handsets," *April 2008 Wireless Design & Development Magazine.*
- S. Elahmadi, et al., "A Monolithic One-Sample / Bit Partial-Response Maximum Likelihood SiGe Receiver for Electronic Dispersion Compensation of 10.7 GB / s Fiber Channels," OFC / NFOEC March 2009.
- S. Elahmadi, et al., "A 50 dB Dynamic Range, 11.3 GSPS, Programmable Finite Impulse Response (FIR) Equalizer in $0.18\mu m$ SiGe BiCMOS Technology for High Speed Electronic Dispersion Compensation (EDC) Applications," RFIC Symposium, June 2009.
- J. Edwards, et al., "A 12.5 Gbps Analog timing Recovery System for PRML Optical Receivers," RFIC Symposium, June 2009.
- D. Baranauskas, et al., "A 6th Order 1.6 to 3.2 GHz Tunable Low-Pass Linear Phase gm-C Filter for Fiber Optic Adaptive EDC Receivers," RFIC Symposium, June 2009.
- S. Elahmadi, et al., "An Analog PRML Receiver for up to 400km of Uncompensated OC-192 Fiber-Optic Channels," ESSCIRC September 2009.
- S. Elahmadi, et al., "An 11.1 Gbps Analog PRML Receiver for Electronic Dispersion Compensation of Fiber Optic Communications," IEEE JSSC, vol.45, no. 7, July 2010.
- Montierth, D., Strans, T., Leatham, J., Linder, L., and Baker, R. J., "Performance and Characteristics of Silicon Avalanche Photo detectors in the C5 Process," 2012 IEEE Midwest Symposium on Circuits and Systems, Boise, Idaho.
- Rauch M. and Linder L., "Collaborating with Nu-Trek," 2012 HiRev Industry Day, December 2012, Los Angeles, California.

**Awards / Achievements**
- IEEE Senior Member
- Two-time Hughes Aircraft Division Patent Award winner
- 55 issued US patents, over 300 international patents, several US patents pending
- Numerous IC design team awards at Hughes and Raytheon
- Hughes Masters Fellow, Engineers Fellow, Doctoral Fellow
- 2008 IEEE San Fernando Valley Section Entrepreneurial Business Plan Competition Judge
- Menara Networks EDC IC Team Award – world's first error free operation over 400 km of uncompensated fiber

**IC Process Experience**
- CMOS, silicon / SiGe bipolar, silicon / SiGe BiCMOS, complementary bipolar, CBiCMOS, SOI, SOS, GaAs D-mode / E-mode MESFET, AlGaAs / InP HBT

**Skills**
- CADENCE Analog Artist Schematic Composer, Spectre Simulator

**Security Clearance**
- Secret clearance is presently supported by Nu-Trek.
- US Citizen

# EXHIBIT D


US006436807B1

US 6,436,807 B1

## (12) United States Patent
Cwynar et al.

(10) Patent No.: **US 6,436,807 B1**
(45) Date of Patent: **Aug. 20, 2002**

(54) **METHOD FOR MAKING AN INTERCONNECT LAYER AND A SEMICONDUCTOR DEVICE INCLUDING THE SAME**

(75) Inventors: **Donald Thomas Cwynar; Sudhanshu Misra**, both of Orlando, FL (US); **Dennis Okumu Ouma**, Somerset, NJ (US); **Vivek Saxena**, Orlando, FL (US); **John Michael Sharpe**, Allentown, PA (US)

(73) Assignee: **Agere Systems Guardian Corp.,** Orlando, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/484,310**

(22) Filed: **Jan. 18, 2000**

(51) Int. Cl.$^7$ ........................................... **H01L 21/4763**
(52) U.S. Cl. ...................... **438/619**; 438/618; 438/620; 438/756; 438/926; 437/225
(58) Field of Search ................................. 438/926, 756, 438/619, 620, 621, 622, 624, 631; 437/225

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,494,853 A | * | 2/1996 | Lur | .............................. | 437/195 |
| 5,508,233 A | * | 4/1996 | Yost et al. | ................... | 437/228 |
| 5,597,668 A | | 1/1997 | Nowak et al. | ................. | 430/5 |
| 5,639,697 A | * | 6/1997 | Weling et al. | ............... | 437/225 |
| 5,733,798 A | * | 3/1998 | Michael et al. | ............. | 437/195 |
| 5,763,955 A | * | 6/1998 | Findley et al. | .............. | 257/775 |
| 5,866,482 A | * | 2/1999 | Lee | ............................ | 438/720 |
| 5,981,384 A | * | 11/1999 | Juengling | ................... | 438/666 |
| 6,069,067 A | * | 5/2000 | Kinugawa | ................... | 438/622 |
| 6,093,631 A | * | 7/2000 | Jaso et al. | .................. | 438/618 |
| 6,200,897 B1 | * | 3/2001 | Wang et al. | ............... | 438/692 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 9293840 A | * 11/1997 | ....... | H01L/21/3205 |

| | | | | |
|---|---|---|---|---|
| JP | 10178011 A | * 6/1998 | ....... | H01L/21/3205 |
| WO | 01/43194 | 6/2001 | .......... | H01L/27/02 |

OTHER PUBLICATIONS

Stine et al., *The Physical and Electrical Effects of Metal–Fill Patterning Practices for Oxide Chemical–Mechanical Polishing Processes*, Transactions on Electron Devices, vol. 45, No. 3, Mar. 1998.

Kahng et al., *Filling Algorithms and Analyses for Layout Density Control*, Transactions on Computer–Aided Design of Integrated Circuits and Systems, vol. 18, No. 4, Apr. 1999.

Kahng et al., *New Multilevel and Hierarchical Algorithms for Layout Density Control*, Design Automation Conference, 1999, Proceedings of the ASP–DAC '99. A Pacific, 1999, pp. 221–224, vol. 1.

Kahng et al., *New and Exact Filling Algorithms for Layout Density Control*, VLSI Design, 1999, Proceedings, Twelfth International Conference, 1999, pp. 106–110.

* cited by examiner

*Primary Examiner*—Matthew Smith
*Assistant Examiner*—Renzo N. Rocchegiani

(57) **ABSTRACT**

A method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device includes determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout. The method further includes adding dummy fill features to each layout region to obtain a desire density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device. By adding dummy fill features to obtain a desired density of active interconnect features and dummy fill features, dummy fill features are not unnecessarily added, and each layout region has a uniform density.

**18 Claims, 3 Drawing Sheets**





*FIG. 1 (PRIOR ART)*



*FIG. 2 (PRIOR ART)*



FIG. 3

**U.S. Patent**        Aug. 20, 2002        Sheet 3 of 3        US 6,436,807 B1



FIG. 4

FIG 5

US 6,436,807 B1

1

# METHOD FOR MAKING AN INTERCONNECT LAYER AND A SEMICONDUCTOR DEVICE INCLUDING THE SAME

## FIELD OF THE INVENTION

The present invention relates to the field of integrated circuit manufacturing, and, more particularly, to dummy fill features in an interconnect layer.

## BACKGROUND OF THE INVENTION

Chemical-mechanical polishing (CMP) is a technique for planarizing an interconnect layer overlying a semiconductor substrate. Typically, multiple interconnect layers are stacked over the semiconductor substrate, wherein each interconnect layer includes active interconnect features connecting active areas of the semiconductor substrate. An active area is that portion of the semiconductor substrate in which components are built, such as transistors, capacitors and resistors.

It is desirable to have a flat or planarized upper surface of each interconnect layer prior to forming subsequent interconnect layers. Depending on the density of the area occupied by the active interconnect features, the upper surface may not always be flat after deposition of a dielectric material, thus the need for CMP.

The active interconnect features in an interconnect layer are separated by trenches. Referring to FIG. 1., the trenches 10 and 12 between active interconnect features 20, 22 and 24 are much narrower than the trench 14 between active interconnect features 24 and 26. One approach for filling the trenches 10, 12 and 14 with dielectric material, particularly when the trenches are between closely spaced active interconnect features, is by a high density plasma chemical vapor deposition (HDP-CVD) process. If the deposited dielectric material 34 has a sufficient thickness, then the single step deposition process allows the interconnect layer 30 to be planarized.

As a result of the HDP-CVD process, there are protrusions 32 in the upper surface of the dielectric material 34 above respective active interconnect features 20–26. Each protrusion 32 has associated therewith a bias This bias can be defined as either positive or negative. For the HDP-CVD process as illustrated in FIG. 1, each protrusion 32 has a negative bias, i.e., the width of the protrusion is less than the width or lateral dimension 90 of the underlying active interconnect feature. Where there are no active interconnect features, such as between active interconnect features 24 and 26, the upper surface of the dielectric material 34 is relatively flat.

Another approach for depositing the dielectric material is by a two-step process, as shown in FIG. 2. The first step is the HDP-CVD process for filling in the trenches 10–14 with the dielectric material 34 between the active interconnect features 20–26. Once the trenches 10–14 are filled, a plasma enhanced chemical vapor deposition (PE-CVD) process adds additional dielectric material 35 allowing a combined thickness sufficient for planarization. The protrusions 42 formed above the respective active interconnect features 20–26 after the PE-CVD process results in a positive bias. Positive bias is where the width of the protrusion 42 is greater than the width or lateral dimension 90 of the underlying active interconnect feature.

Depending on the deposition process, CMP is used to eliminate the protrusions 42 having positive bias and the protrusions 32 having a negative bias. However, if pattern

2

density variations of the active interconnect features 20–26 are large, CMP is not adequate to sufficiently planarize the interconnect layer 30. For example, planarization of the relatively flat dielectric material overlying active interconnect features 24 and 26 results in over polishing. This causes significant dishing in the dielectric material 34 or 35, which results in a non-planarized surface. A non-planarized surface of the interconnect layer 30 may cause reliability problems with an overlying interconnect layer.

One approach for preventing over polishing is to place dummy fill features in the open regions adjacent active interconnect features for preventing pattern density variations of the active interconnect features. Placement of the dummy fill features is typically done using a layout algorithm as part of a layout editor or an automated pattern generator.

Conventional layout algorithms for placing dummy fill features in open areas of the interconnect layer are performed based upon a predetermined set density. Each open area to be filled with dummy fill features will have the same density. In other words, the dummy fill feature density is independent of the density of the adjacent active interconnect features. An open area is defined as any area within the interconnect layer that does not have metal therein. The fill feature density is defined as the ratio of the area occupied by the metal to the total area.

However, if the density of an active interconnect feature is high with respect to an adjacent open area, it is not always necessary to place dummy fill features in the corresponding open area at the same predetermined set density. Unnecessarily placing dummy fill features adds to the parasitic capacitance of the interconnect layer. Moreover, there is no constant overall fill density between open areas of the interconnect layer. This variation in the density of the interconnect layer also causes deviations when the interconnect layer is planarized. Therefore, there is a need for making a layout for an interconnect layer that determines placement of dummy fill features for achieving a uniform density throughout the interconnect layer.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a method for making a layout for an interconnect layer that has uniform density throughout to facilitate planarization during manufacturing of a semiconductor device.

Another object of the present invention is to position dummy fill features within the interconnect layer to minimize parasitic capacitance with adjacent interconnect features.

These and other objects, advantages and features in accordance with the present invention are provided by a method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device, wherein the method comprises the steps of determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout, and adding dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device.

An important feature of the present invention is that each layout region preferably has a uniform density. By adding dummy fill features to obtain a desired density of active interconnect features and dummy fill features, dummy fill features are not unnecessarily added. Unnecessarily adding

US 6,436,807 B1

3

dummy fill features would undesirably increase the parasitic capacitance of the interconnect layer.

When each layout region has a uniform density, the dummy fill features thus facilitate uniformity of planarization during manufacturing of the semiconductor device. Another important feature of the present invention is that positioning of the dummy fill features is preferably based upon capacitance with adjacent active interconnect features. Likewise, the dummy fill features are also preferably positioned based upon capacitance with adjacent active interconnect features in an adjacent interconnect layer.

Yet another important feature of the method of the present invention preferably includes defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer. After a single step HDP-CVD process, the protrusion in the dielectric material overlying a respective active interconnect feature has a negative bias. Negative bias is where the width of the protrusion is less than the width or lateral dimension of the underlying active interconnect feature. In one embodiment, the lateral dimension of the dummy fill feature is preferably at least twice as great as an absolute value of a negative dielectric layer deposition bias.

Another aspect of the present invention relates to a method for making a semiconductor device comprising the steps of making active regions in a semiconductor substrate, making a layout for an interconnect layer comprising the steps of determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout; and adding dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device. The method preferably further comprises using the layout to make the interconnect layer overlying the semiconductor substrate.

Yet another aspect of the present invention is a semiconductor device comprising a semiconductor substrate, and at least one interconnect layer overlying the semiconductor substrate comprising a plurality of layout regions. Each layout region preferably comprises an active interconnect feature region and a dummy fill feature region adjacent thereto for facilitating uniformity of planarization during manufacturing of the semiconductor device.

Each of the dummy fill regions preferably has a different density with respect to other dummy fill regions so that a combined density of the active interconnect feature region and the dummy fill feature region for a respective layout region is substantially uniform with respect to a combined density of other layout regions. The interconnect layer preferably comprises metal, and each layout region preferably has a uniform density.

DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 is a partial cross-sectional view of a semiconductor device illustrating negative bias of the interconnect layer produced by a single-step deposition process before planarization in accordance with the prior art.

FIG. 2 is a partial cross-sectional view of a semiconductor device illustrating positive bias of the interconnect layer produced by a two-step deposition process before planarization in accordance with the prior art.

FIG. 3 is a flowchart illustrating the method for making a layout for an interconnect layer in accordance with the present invention.

4

FIG. 4 is a partial top plan view of an interconnect layer divided into layout regions in accordance with the present invention.

FIG. 5 is a partial cross-sectional view of a semiconductor device including the interconnect layer illustrated in FIG. 4.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention will now be described more fully hereinafter with reference to the accompanying drawings, in which preferred embodiments of the invention are shown. This invention may, however, be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather, these embodiments are provided so that this disclosure will be thorough and complete, and will fully convey the scope of the invention to those skilled in the art. Like numbers refer to like elements throughout.

A method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device is described with reference to FIGS. 3–5. From the start (Block 50), the method comprises the step of determining an active interconnect feature density for each of a plurality of layout regions $60(1)$–$60(n)$ of the interconnect layout 30 at Block 52 and as shown in FIG. 4.

The dimensions of each layout region $60(1)$–$60(n)$ are preferably equal, and an illustrative size may be 100 micrometers by 100 micrometers. Moreover, the layout regions $60(1)$–$60(n)$ are contiguous. However, other dimensions are acceptable and the dimensions of each layout region do not have to be equal, as readily appreciated by one skilled in the art. For purposes of illustration, the active interconnect features $70(1)$–$70(n)$ are generally indicated by a single shaded area within each layout region $60(1)$–$60(n)$. Each shaded area comprises a plurality of metal lines or traces connecting the active areas in the semiconductor substrate 82, as readily appreciated by one skilled in the art.

The density of the active interconnect features $70(1)$–$70(n)$ for respective layout regions $60(1)$–$60(n)$ is determined using a layout algorithm. This layout algorithm may be the same layout algorithm used for preforming the steps illustrated in FIG. 3 for making the desired layout of the interconnect layer, as readily appreciated by one skilled in the art.

The method further comprises the step of adding dummy fill features $74(1)$–$74(n)$ to each respective layout region $60(1)$–$60(n)$ to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device 80 at Block 54. For purposes of illustration, the dummy fill features $74(1)$–$74(n)$ are generally indicated by a single shaded area within each layout region $60(1)$–$60(n)$. Each shaded area thus comprises dummy metal lines or traces, as readily appreciated by one skilled in the art. The method advantageously adds dummy fill features $74(1)$–$74(n)$ so that a uniform density is obtained for each layout region $60(1)$–$60(n)$. Making the interconnect layer 30 is completed at Block 56.

For example, if the density of the active interconnect features $70(1)$ in layout region $60(2)$ is 50 percent, and the desired target density of active interconnect features and dummy fill features is also 50 percent, then the density of the dummy fill features $74(1)$ added is also 50 percent. However, if the density of the active interconnect features $70(1)$ is less than 50 percent in layout region $60(2)$, then the

US 6,436,807 B1

5

density of the dummy fill features **74(2)** added is more than 50 percent so that the desired target density of active interconnect features and dummy fill features for the layout region is once again 50 percent. Minimizing overall density variations between layout regions **60(1)**–**60(n)** of the inter connect layer **30** facilitates planarization by chemical mechanical polishing (CMP) during manufacturing of the semiconductor device **80**.

When each layout region **60(1)**–**60(n)** has a uniform density, the dummy fill features **74(1)**–**74(n)** thus facilitate uniformity of planarization during manufacturing of the semiconductor device. However, the density does not have to be uniform for every layout region **60(1)**–**60(n)** since each semiconductor device can significantly vary in terms of the density of the active areas in the semiconductor substrate **82**, which in turn effects the layout of the active interconnect features in the overlying interconnect layer **30**.

Nonetheless, each layout region **60(1)**–**60(n)** preferably has a uniform density. By adding dummy fill features **74(1)**–**74(n)** to obtain a desired density of active interconnect features and dummy fill features, dummy fill features are not unnecessarily added. Unnecessarily adding dummy fill features would undesirably increase the parasitic capacitance of the interconnect layer **30**.

Another important feature of the present invention is that positioning of the dummy fill features **74(1)**–**74(n)** is based upon capacitance with adjacent active interconnect features **70(1)**–**70(n)**. Likewise, the dummy fill features **74(1)**–**74(n)** are also preferably positioned based upon capacitance with adjacent active interconnect features in an adjacent interconnect layer. In other words, the dummy fill features are selectivity positioned so that the added parasitic capacitance resulting therefrom is minimized.

As readily known by one skilled in the art, there are two types of dummy fill features: grounded and floating. When the grounded configuration is used, all dummy fill features are at a known potential, such as ground. Consequently, the layout algorithm can calculate capacitance after the dummy fill features are positioned. In the floating configuration, the dummy fill features are added to low density areas. However, floating dummy fill features serve as additional coupling paths and effect the total parasitic capacitance of the interconnect layer **30**. Determination of the capacitance from the floating configuration is difficult to calculate since there is no path to ground.

The layout algorithm used in the present invention for making a layout for an interconnect layer **30** determines placement of the dummy fill features **74(1)**–**74(n)** for minimizing overall parasitic capacitance as a result of the added dummy fill features. This algorithm places restrictions on the floating dummy fill features **74(1)**–**74(n)** so that they are connected to ground if within a certain range to the active interconnect features **70(1)**–**70(n)**.

This range may be the buffer length specified in the algorithm, which is the minimum distance allowed between any active interconnect feature region **70(1)**–**70(n)** and the dummy fill feature region. In this case, the dummy fill **74(1)**–**74(n)** features immediately surrounding the active interconnect features would all be grounded. In general, the range can be optimized to get the best trade-off between the design resources available and the additive component of capacitance introduced due to the coupling effects of the dummy fill features.

Yet another important feature of the method of the present invention includes defining a minimum dummy fill feature lateral dimension **90** based upon a dielectric layer deposition

6

bias for the dielectric material **34** or **35** to be deposited over the interconnect layer **30**, as illustrated in FIGS. **1** and **2**. The dielectric material is silicon dioxide. After the single step HDP-CVD process illustrated in FIG. **1**, the protrusions **32** in the dielectric material overlying a respective active interconnect feature has a negative bias. Negative bias is where the width of the protrusion **32** is less than the width or lateral dimension **90** of the underlying active interconnect feature **20**–**26**.

Referring to FIG. **1**, a dummy fill feature is necessary for active interconnect features **24** and **26** to cause another protrusion **32** in the upper surface of the dielectric material **34** to facilitate planarization of the interconnect layer **30**. Ideally, the protrusions **32** are positioned in the dielectric material **34** so that dishing during the planarization process is prevented.

With respect to a negative dielectric layer deposition bias, the lateral dimension **90** of any dummy fill feature to be added needs to be a minimum size to cause the desired protrusion. For example, if the negative bias is −1.5 microns, then the lateral dimension of the dummy fill feature needs to be at least twice an absolute value of the negative dielectric layer deposition bias. In other words, the lateral dimension needs to be at least 3 microns to cause a negative bias of −1.5 at the upper surface of the dielectric material.

For a positive dielectric layer deposition bias, as shown in FIG. **2**, there is no minimum lateral dimension requirement for the dummy fill feature for causing a protrusion **42** at the upper surface of the dielectric material **35** since the positive bias is always greater than a lateral dimension of a respective dummy fill feature.

Another aspect of the present invention relates to a semiconductor device **80** comprising a semiconductor substrate **82**, and at least one interconnect layer **30** overlying the semiconductor substrate. The interconnect layer **30** comprises a plurality of layout regions **60(1)**–**60(n)**. substrate comprising a plurality of layout regions **60(1)**–**60(n)**.

Each layout region **60(1)**–**60(n)** comprises an active interconnect feature region **70(1)**–**70(n)** and a dummy fill feature region **74(1)**–**74(n)** adjacent thereto for facilitating uniformity of planarization during manufacturing of the semiconductor device. Each of the dummy fill regions **74(1)**–**74(n)** has a different density with respect to other dummy fill regions so that a combined density of the active interconnect feature region **70(1)**–**70(n)** and the dummy fill feature region for a respective layout region **60(1)**–**60(n)** is substantially uniform with respect to a combined density of other layout regions. The interconnect layer **30** comprises metal, and each layout region **60(1)**–**60(n)** has a uniform density.

Many modifications and other embodiments of the invention will come to the mind of one skilled in the art having the benefit of the teachings presented in the foregoing descriptions and the associated drawings. Therefore, it is to be understood that the invention is not to be limited to the specific embodiments disclosed, and that modifications and embodiments are intended to be included within the scope of the appended claims.

That which is claimed is:

1. A method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device, the method comprising the steps of:

determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout; and

adding dummy fill features to each layout region to obtain a desired density of active interconnect features and

US 6,436,807 B1

7

dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device, the adding comprising defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.

2. A method according to claim 1 further comprising positioning the dummy fill features based upon capacitance with adjacent active interconnect features.

3. A method according to claim 1 further comprising positioning the dummy fill features based upon capacitance with adjacent active interconnect features in an adjacent interconnect layer.

4. A method according to claim 1 wherein the lateral dimension is at least twice as great as an absolute value of a negative dielectric layer deposition bias.

5. A method according to claim 1 wherein the interconnect layer comprises metal.

6. A method according to claim 1 wherein each layout region has a uniform density.

7. A method according to claim 1 wherein the layout regions are contiguous.

8. A method according to claim 1 wherein all the layout regions have a same size.

9. A method for making a semiconductor device comprising the steps of:

making active regions in a semiconductor substrate;

making a layout for an interconnect layer comprising the steps of

determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout, and

adding dummy fill features to each layout region to obtain a desired density of active interconnect fea-

8

tures and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device, the adding comprising defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer; and using the layout to make the interconnect layer overlying the semiconductor substrate.

10. A method according to claim 9 further comprising planarizing the interconnect layer.

11. A method according to claim 10 wherein the step of planarizing is performed using chemical mechanical polishing.

12. A method according to claim 9 further comprising positioning the dummy fill features based upon capacitance with adjacent active interconnect features.

13. A method according to claim 9 further comprising positioning the dummy fill features based upon capacitance with adjacent active interconnect features in an adjacent interconnect layer.

14. A method according to claim 9 wherein the lateral dimension is at least twice as great as an absolute value of a negative dielectric layer deposition bias.

15. A method according to claim 9 wherein the interconnect layer comprises metal.

16. A method according to claim 9 wherein each layout region has a uniform density.

17. A method according to claim 9 wherein the layout regions are contiguous.

18. A method according to claim 9 wherein all the layout regions have a same size.

*    *    *    *    *

# EXHIBIT E

**BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT**

**U.S. Patent No. 6,436,807 – Lattice**

**Exemplary Claim 1**

Bell Semiconductor ("Bell Semic") provides evidence of infringement of exemplary claim 1 of U.S. Patent No. 6,436,807 ( "the '807 patent") in the following claim chart.

"Accused Products" as used herein refers to the Lattice circuit designs and/or semiconductor products, including at least the LCMX02-7000HC, that are made, produced, and/or processed by a design tool, such as a Cadence Design Systems, Inc. ("Cadence"), Synopsys, Inc. ("Synopsys"), and/or Siemens Digital Industries Software (formerly Mentor Graphics) ("Siemens") tool,[1] by making a layout for an interconnect layer of a semiconductor device, where the layout facilitates uniformity of planarization during manufacture of the semiconductor device. On information and belief, these design tools all function similarly with respect to the functionality described herein. For simplicity, the Cadence tool will be the primary tool cited herein to illustrate infringement of the claimed methods. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Lattice and relevant third parties have not yet provided any non-public information. An analysis of non-public technical documentation may assist in further identifying all infringing features and functionality. Accordingly, Bell Semic reserves the right to supplement this infringement analysis once such information is made available to Bell Semic. Furthermore, Bell Semic reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims or as other circumstances so merit.

Bell Semic contends that each element of each claim asserted herein is literally met, and would also be met under the doctrine of equivalents, as there are no substantial differences between the Accused Products and the elements of the patent claims in function, way, and result. If Lattice attempts to argue that there is no literal infringement and/or if Lattice attempts to draw any distinction between the claimed functionality and the Accused Products, then Bell Semic reserves the right to rebut the alleged distinction as a matter of literal infringement and/or as to whether any such distinction is substantial under the doctrine of equivalents.

Unless otherwise noted, the cited evidence applies across each of Lattice's products that were made, produced, or processed from a circuit design using clock aware dummy fill, including but not limited to the LCMX02-7000HC. Bell Semic reserves the right to amend this infringement analysis based on other products made, produced, or processed in the same or similar manner to that identified herein.

---

[1] Lattice is a customer of at least Cadence, Synopsys, and Siemens as demonstrated here: https://www.cadence.com/en_US/home/mutlimedia.html/content/dam/cadence-www/global/en_US/videos/tools/custom-_ic_analog_rf_design/maryam_shabazi_lattice (Cadence); https://news.synopsys.com/index.php?s=20295&item=123188 (Synopsys); https://www.latticesemi.com/view_document?document_id=53646 (all).

Claim Chart
Lattice
U.S. Patent No. 6,436,807

| Claim 1 | Accused Products |
|---|---|
| 1. A method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device, the method comprising the steps of: | To the extent the preamble is limiting, the Accused Products are made, produced, or processed by performing a method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to make a layout for an interconnect layer of a semiconductor device, where the layout facilitates uniformity of planarization during manufacture of the semiconductor device.<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas. You can either use Innovus to add metal fill, or use a physical verification tool. The Innovus metal fill can meet the DRC rules for older process nodes, but for newer process nodes such as 28nm and below, the Innovus metal-fill rules are generally not sufficient and you must use physical verification tools. Metal fill has some special DRC rules in addition to the normal metal shapes that are defined in the technology LEF file. These are listed below.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>For example, Lattice creates circuit designs for the LCMX02-7000HC, which were made, produced, or processed from circuit designs created using one of the above-identified and described design tools to make a layout for an interconnect layer to facilitate uniformity of planarization during manufacture. As shown in the data sheet below, the LCMX02-7000HC is a high performance product, which indicates that the LCMX02-7000HC would include a layout for an interconnect layer that facilitates uniformity of planarization during manufacture. This is explained by semiconductor expert Lloyd Linder ("Linder") in Exhibit C cited herein, *See* Ex. C at ¶¶ 74-76, 83-86. |

CLAIM CHART
LATTICE
U.S. Patent No. 6,436,807

## Features

- **Flexible Logic Architecture**
  - Six devices with 256 to 6864 LUT4s and 19 to 335 I/Os
- **Ultra Low Power Devices**
  - Advanced 65 nm low power process
  - As low as 19 µW standby power
  - Programmable low swing differential I/Os
  - Stand-by mode and other power saving options
- **Embedded and Distributed Memory**
  - Up to 240 Kbits sysMEM™ Embedded Block RAM
  - Up to 54 Kbits Distributed RAM
  - Dedicated FIFO control logic
- **On-Chip User Flash Memory**
  - Up to 256 Kbits of User Flash Memory
  - 100,000 write cycles
  - Accessible through WISHBONE, SPI, I²C and JTAG interfaces
  - Can be used as soft processor PROM or as Flash memory
- **Pre-Engineered Source Synchronous I/O**
  - DDR registers in I/O cells
  - Dedicated gearing logic
  - 7:1 Gearing for Display I/Os
  - Generic DDR, DDRX2, DDRX4
  - Dedicated DDR/DDR2/LPDDR memory with DQS support
- **High Performance, Flexible I/O Buffer**
  - Programmable sysIO™ buffer supports wide range of interfaces:
    - LVCMOS 3.3/2.5/1.8/1.5/1.2
    - LVTTL
    - PCI
    - LVDS, Bus-LVDS, MLVDS, RSDS, LVPECL
    - SSTL 25/18
    - HSTL 18
    - Schmitt trigger inputs, up to 0.5V hysteresis
  - I/Os support hot socketing
  - On-chip differential termination
  - Programmable pull-up or pull-down mode

- **Flexible On-Chip Clocking**
  - Eight primary clocks
  - Up to two edge clocks for high-speed I/O interfaces (top and bottom sides only)
  - Up to two analog PLLs per device with fractional-n frequency synthesis
    - Wide input frequency range (10 MHz to 400 MHz)
- **Non-volatile, Infinitely Reconfigurable**
  - Instant-on – powers up in microseconds
  - Single-chip, secure solution
  - Programmable through JTAG, SPI or I²C
  - Supports background programming of non-volatile memory
  - Optional dual boot with external SPI memory
- **TransFR™ Reconfiguration**
  - In-field logic update while system operates
- **Enhanced System Level Support**
  - On-chip hardened functions: SPI, I²C, timer/counter
  - On-chip oscillator with 5.5% accuracy
  - Unique TraceID for system tracking
  - One Time Programmable (OTP) mode
  - Single power supply with extended operating range
  - IEEE Standard 1149.1 boundary scan
  - IEEE 1532 compliant in-system programming
- **Broad Range of Package Options**
  - TQFP, WLCSP, ucBGA, csBGA, caBGA, ftBGA, fpBGA, QFN package options
  - Small footprint package options
    - As small as 2.5x2.5mm
  - Density migration supported
  - Advanced halogen-free packaging

*See https://www.mouser.com/pdfdocs/38834.pdf*

CLAIM CHART
LATTICE
U.S. Patent No. 6,436,807

| | |
|---|---|
| determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout; and | The Accused Products are made, produced, or processed from a circuit design that determines an active interconnect feature density for each of a plurality of layout regions of the interconnect layout.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to make a determine an active interconnect feature density for each of a plurality of layout regions of the interconnect layout.<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas.<br><br>After metal fills are inserted, use the `verifyMetalDensity` command to verify the metal density rules defined in the technology LEF file and by the setMetalFill command.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements.<br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>For example, Lattice creates a circuit design for the LCMX02-7000HC, which was made, produced, or processed from circuit designs created using one of the above-identified and described design tools that analyze the density for each of the plurality of areas of the interconnect layout. *See* Ex. C at ¶¶ 74-76, 83-86. |
| adding dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of | The Accused Products are made, produced, or processed from a circuit design that adds dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device. |

CLAIM CHART
LATTICE
U.S. Patent No. 6,436,807

| | |
|---|---|
| planarization during manufacturing of the semiconductor device, | The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to add dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device.<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas.<br><br>After metal fills are inserted, use the `verifyMetalDensity` command to verify the metal density rules defined in the technology LEF file and by the setMetalFill command.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas. You can either use Innovus to add metal fill, or use a physical verification tool. The Innovus metal fill can meet the DRC rules for older process nodes, but for newer process nodes such as 28nm and below, the Innovus metal-fill rules are generally not sufficient and you must use physical verification tools. Metal fill has some special DRC rules in addition to the normal metal shapes that are defined in the technology LEF file. These are listed below.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements.<br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>For example, Lattice creates a circuit design for the LCMX02-7000HC, which was made, produced, or processed from circuit designs created using one of the above-identified and |

CLAIM CHART
LATTICE
U.S. Patent No. 6,436,807

| | |
|---|---|
| | described design tools that add dummy metal to each area to obtain a meet the density requirements/rules to facilitate uniformity of planarization during the device's manufacture. *See* Ex. C at ¶¶ 74-76, 83-86. |
| the adding comprising defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer. | The Accused Products are made, produced, or processed from a circuit design, where the addition of dummy fill features comprise defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to add dummy fill features by defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705.* |

**Adding Metal Fill Using the GUI**

1. Determine the minimum and maximum size for metal fill shapes for each layer, then set these values on the *Size & Spacing* page of the Setup Metal Fill form.

   ○ If you are using rectangular metal fill, use the *Rectangle Length* and *Metal Fill  Width* values.

   ○ If you are using square metal fill, use the *Metal Fill Width* and *Square Decrement* values.

2. Determine the spacing around metal fill shapes for each layer, then set the value on the *Size & Spacing* page of the Setup Metal Fill form. You must set two types of spacing values:

   ○ Spacing between a metal fill shape and an active metal shape. An active metal shape can be a signal wire, a power wire, a cell, a pin, or any other structure that is not classified as a fillwire.

   ○ Spacing between a metal fill shape and another metal fill shape.

3. Determine the minimum, maximum, preferred, and external metal density for each layer, then set these values on the *Window & Density* page of the Setup Metal Fill form.

4. Use the Verify Metal Density form to create a `Verify Density` report.

5. Locate an area in the design for which metal density is too low, then select that area on the Add Metal Fill form.

6. Determine whether you want metal fill to be square or rectangular, then choose the appropriate value on the Add Metal Fill form.

7. Click *OK* or *Apply* on the Add Metal Fill form to add metal fill shapes to the area that you specified.

Metal fill can be added iteratively with different parameter settings. You can specify a name for a set of values for `setMetalFill` parameters.

```
setMetalFill –iterationName file_step1 –layer Metal1 –minDensity 15 –windowSize 100 100 –windowStep 50 50
```

You can also save the iteration file using GUI. To do so, open the *Setup Metal Fill Options* form, specify the parameters in the form, key in a file name, such as  `file_step1` , in the *Iteration Name* text box, and click *OK*.

CLAIM CHART
LATTICE
U.S. Patent No. 6,436,807



*See Innovus User Guide product version 20.10, March 2020, page 726.*

For example, Lattice creates a circuit design for the LCMX02-7000HC, which was made, produced, or processed from circuit designs created using one of the above-identified and described design tools that add dummy fill features by defining a size, spacing, and/or window & density for a dielectric layer to be deposited over the interconnect layer. *See* Ex. C at ¶¶ 74-76, 83-86.

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner.  For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.